# Exhibit A

Violation of National Environmental Policy Act (NEPA)

From: gregbmyers@verizon.net (gregbmyers@verizon.net)

To:    michelle.l.hamor@usace.army.mil; saj-rd@usace.army.mil

Cc:    gregbmyers@verizon.net

Date: Tuesday, February 27, 2024 at 02:36 PM EST

Dear Michelle L. Hamor:

On February 20, 2024, I asked a number of questions in your presentation to the City of Naples City Council, specifically with respect to the Naples Beach Club development (124.3 acres in the heart of the City of Naples, stretching from the Gulf of Mexico to U.S. 41).

The Naples Beach Club submitted a fraudulent application to FEMA in order to obtain an illegal Letter of Map Revision (LOMR) including, without limitation, failing to obtain proper documentation showing compliance with Section 7(a)(2) of the Endangered Species Act (ESA). The City of Naples swept this corruption under the rug.

Troublingly, the City's Flood Plain Coordinator who signed the FEMA application on September 29, 2020, subsequently resigned after having admitted during an ethics investigation that she had accepted payments from private developers seeking to obtain building permits from the City of Naples. The LOMR application was predicated on **fabricated topo data**. Furthermore, the "proposed project" does not meet the City of Naples floodplain management requirements, including without limitation, building "dry floodproofed" structures west of GSBN in the Coastal High Hazard Area in violation of ASCE 24, FBC, and 44 CFR 59 and 60.

The Naples Beach Club is also currently pumping contaminated groundwater into the Gulf of Mexico in violation of the Clean Water Act (CWA). See email dated September 13, 2023, copy attached:

> According to the Earth Systems Report, the "concentrations of Naphthalene and 2-Methynaphthalene also exceeded their respective Chapter 62-777, FAC Natural Attenuation Default Concentrations (NADCs)." *** According to the U.S. Department of Health and Human Services (HHS), "naphthalene is reasonably anticipated to be a human carcinogen," with 1-Methylnaphthalene and 2-Methylnaphthalene being identified as "naphthalene-related compounds." *** Under the EPA 1986 cancer guidelines, "naphthalene was assigned to Group C – possible human carcinogen."

The Naples Beach Club is required to obtain a permit under section 404 of the CWA. As Federal approval is a prerequisite to the development of the Naples Beach Club project, said project is subject to Federal control and responsibility. Because the Naples Beach Club project will have **significant impacts on the quality of the human environment**, the USACE must prepare an Environmental Impact Statement (EIS) and issue a record of decision (ROD). Accordingly, pursuant to the National Environmental Policy Act (**NEPA**), I respectfully demand that the USACE immediately issue a **full stop work order** for the Naples Beach Club project until an EIS can be completed, including providing the residents of the City of Naples with an opportunity for public comment and a full and fair discussion of the significant environmental impacts and the

reasonable alternatives which would avoid or minimize adverse impacts or enhance the quality of the human environment.

I appreciate your prompt response to this very serious and time-sensitive matter.

Gregory Myers
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312

Naples_Council_Briefing_20Feb2024_-_Collier_CSRM.pdf
2.5MB

20230913_EMAIL to CC_Contaminated Groundwater.pdf
194.1kB

200914_26-049-851GulfShoreBlvd-LOMR-09-14-20-Report_Signed Carrera.pdf
2.7MB

Nexus (59).pdf
11.6MB

000Master Dewatering and Monitoring Plan NBC Redevelopment 6-16-23Cert.pdf
5.6MB

FW: Big Cypress NPS Fire Station

From: Federici, Luigi G CIV USARMY CESAJ (USA) (luigi.g.federici@usace.army.mil)

To:     gregbmyers@verizon.net

Date:  Wednesday, February 28, 2024 at 04:20 PM EST


Good afternoon,

Applying to the U. S. Army Corps of Engineers (USACE) for a permit will require you to fill out and submit a USACE ENG Form 4345 (or other required form).  One of the **three** versions that are provided as attachments are acceptable due to Adobe Acrobat version compatibility issues. You will then email the application and other supporting data to the appropriate email address for the USACE office for your area (SF.New.Applications@usace.army.mil).  I have provided the USACE ENG Form 4345 and other helpful documents to assist you in applying for a permit from the USACE.

This will start a process in which permit applications received by the Corps of Engineers are given identification numbers and reviewed for completeness.  A request for additional information may be requested, if necessary, from your assigned Project Manager (PM).  For standard individual permit reviews, a public notice initiating a 15- or 30-day public comment period will be issued within 15 days of receiving all the required information.  After the comment period, the Corps will review all the comments.  The Corps may ask for additional information at this time and a public hearing may be conducted if one has been specifically requested or determined to be necessary.  For all projects, the Corps will consult with other state and federal agencies and Native American tribes as appropriate.  When all considerations are satisfied, the District Engineer will decide to either issue or deny the permit application.  If a permit is denied, the applicant will receive a written explanation.

The Corps' goal is to decide on all applications within 60 days after receipt of a complete application for minor permits and 120 days for individual permits, unless: a decision is precluded as a matter of law or procedures required by law.  If that occurs, then the case must be referred to higher authority; the comment period of a public notice is extended; a timely submittal of information or comments is not received from the applicant.  Also, the processing is suspended at the request of the applicant; or information needed by the district engineer for a decision on the application cannot reasonably be obtained within the 60- or 120-day period.

Upon receipt of your permit application, you will be sent an email acknowledgement of receipt and a Corps reference number specific to your file. You should refer to this number when inquiring about your application. If your application is incomplete, the Corps will request the additional information needed to continue its review. The project will be reviewed, balancing the need and expected benefits against the probable impacts of the work, taking into consideration all comments received and other relevant factors. In the meantime, you may want to see what county or state restrictions, or land use limitations are in place regarding this type of work.

We request that you provide at least two aerial views (project site or plot view and one at a higher elevation) of the project area.  The photos are used to match against the USACE data base of maps to verify the location and if another project was sanctioned by the USACE in that location before.  I recommend going to Google Earth and going right to your property by typing in your address.  Also, you can get aerial views and location coordinates from your county's property website or county tax assessor's website if you have trouble with the Google Earth app (which you shouldn't).

Regarding latitude and longitude, it is best to use the decimal conversion of the project location (your form had no coordinates).  To obtain these coordinates, go to Google Earth where you will get the coordinates in deg./min./sec. of the project site that will show up in the lower right side of your screen.  Make sure that the compass arrow (red side not white side) stops at the North direction.  The compass that I am referring to is in the lower right side of the

screen too.  You do this by double clicking the rotating compass dial to get it to point North.  Since these values will show up in a degrees/minutes/seconds format and convert it to decimal use this website. https://www.fcc.gov/media/radio/dms-decimal.  These coordinates should be the centroid location of the total project site or work area.

The reason for ensuring that the correct coordinates and address are on the USACE application is to properly verify the project's location.  Please be aware that using the USACE application checklist is very beneficial for the processing of your application as well.  Not to mention providing us with any other pertinent data or documents related to the project i.e. FL Dept. of Environment or other county or local forms.  Any attachments for applications should be clearly labeled as to their contents instead of into one large PDF document.  Applicable links to websites that will be useful for you in completing your application are provided below my contact information.  Once that is done just provide all the documents to the Ft. Myers Email Inbox not my personal work email (see below).  Any cost required for the processing of your permit will be requested by your Project Manager when that person is assigned to your project.  In closing, I hope that this email addresses your inquiry and makes you a better an informed applicant or agent requesting assistance from the USACE.

| FDEP Office | County | Email |
|---|---|---|
| Northeast District | Alachua, Baker, Bradford, Clay, Columbia, Dixie, Duval, Flagler, Gilchrist, Hamilton, Lafayette, Levy, Madison, Nassau, Putnam, St. Johns, Suwannee, Taylor, Union | DEP_NED@dep.state.fl.us |
| Central District | Brevard, Lake, Marion, Orange, Osceola, Seminole, Sumter, Volusia | DEP_CD@dep.state.fl.us |
| Northwest District | Bay, Calhoun, Escambia, Franklin, Gadsden, Gulf, Holmes, Jackson, Jefferson, Leon, Liberty, Okaloosa, Santa Rosa, Wakulla, Walton, Washington | NWD_ERP_Applications@dep.state.fl.us |
| South District | Charlotte, Collier, Desoto, Glades, Hendry, Highlands, Lee, Monroe, Sarasota | SD_ERP_Permit@dep.state.fl.us |
| Southeast District | Broward, Indian River, Martin, Miami-Dade, Okeechobee, Palm Beach, St. Lucie | SED_Permitting@dep.state.fl.us |
| Southwest District | Citrus, Hardee, Hernando, Hillsborough, Manatee, Pasco, Pinellas, Polk | SW_ERP@dep.state.fl.us |

Sample Attachment Titles for an Application to the USACE:
Attachment A – Signed ENG Form 4345
Attachment B – Historical Aerials
Attachment C – Project Plans
Attachment D – Drainage Calculations Report
Attachment E – Site Photographs
Attachment F – Wetland Impact Map
Attachment G – PDC Forms
Attachment H – FL Dept. of Env. Protection Agency Permit

Best Regards,
Luigi (Lou) Federici.
Regulatory Program Assistant

USACE Jacksonville District
701 San Marco Blvd
Jacksonville, FL 32207-8175
📠 (904) 860-7400 (Cellular is Primary Phone)
☎ (904) 570-4510 (Non-Telework)
Email: Luigi.G.Federici@usace.army.mil

**Regulatory Program and Permits** / Frequently Asked Questions: https://www.usace.army.mil/Missions/Civil-Works/Regulatory-Program-and-Permits/Frequently-Asked-Questions/

* PLEASE NOTE: The U.S. Army Corps of Engineers no longer receives permit applications or related information from the Florida DEP or the Water Management Districts.  Paths to USACE websites of interest:

NOTE: If the project is located in navigable waters (tidal waters and some other non-tidal waterways), there is no exemption available.  A permit is always required in navigable waters (or what we call Section 10 waters) for any work (structures, dredging, utility lines under or above, etc.) in, on, under, or over these waters.  Also, the USACE has no jurisdiction over sovereign submerged lands issues, that is specifically a State issue (FLDEP). However, if you are placing or removing structures or renovating the marina, then you will need a permit from the USACE.

Path to the USACE Permit Portal Site: https://permits.ops.usace.army.mil/orm-public. The "Final IPs" and "Pending IPs" menu items at the top of the map therein will only access Standard Permits and Letters of Permission.  Most often permits that applicants or agents will want to access are "RGPs" (Regional General Permits or Nationwide Permits).  The other menu items are for permits issued under limited circumstances.  They will display information on RGPs but only those RGPs reviewed under Emergency Procedures, under WRDA agreements (e.g, in Florida, those are with FDOT and FP&L), and those related to the Deepwater Horizon project.

The U.S. Fish and Wildlife Service is the principal federal agency tasked with providing information to the public on the extent and status of the nation's wetland and deepwater habitats, as well as changes to these habitats over time. National Wetlands Inventory | U.S. Fish & Wildlife Service (fws.gov)

Bi-Partisan Infrastructure Law (BIL) Team Project Assignments - Used for overflow work from other USACE SAJ offices.  CESAS-RDR@usace.army.mil the RPA includes this in the in email's subject line: District (SAJ)-Office (Tampa, Ft. Myers, etc.)-Permit Type (SAJ 20, etc.).

Finding an ERP Permit on the DEP Internet Site: https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/finding-erp-permit-dep-internet

**Freedom of Information Act (FOIA) Page via** https://www.usace.army.mil/FOIA.aspx
To assist you with your request, we have provided information on the procedures, rules and regulations pertinent to the Corps of Engineers' processing of Freedom of Information Act (FOIA) requests. Also provided are links to various sites, which you may find helpful in understanding and interpreting the Act. For additional assistance in submitting a request, see the Army Citizens Guide or the Department of Defense's FOIA Handbook. The Guide and the Handbook provide advice on the rules of the FOIA and how to submit a FOIA request to Army and Defense Department Agencies.

Applicants are now able to pay Department of the Army permit fees online at pay.gov instead of writing and mailing a check. This convenient option allows for multiple payment methods (bank account, Amazon account, PayPal, debit or credit card). The direct link is here: https://www.pay.gov/public/form/start/996412796. Attached is a pay.gov payment walk-through provided by HQ.

-
Anything over 1,000 square feet, including waterway structures, such as boatlift canopies, (Labelle area) would stay with Ft. Myers; anything less goes to the Clewiston USACE Permitting Office.

Downloads for files over 12MB, the RPA goes into DoD Safe and "Request a Drop-off". The applicant/agent will enter the e-mail address themselves for the desired USACE Permitting Office when they upload the files. The applicant can access this link via DoD Safe: https://safe.apps.mil/

Link for the public to report a violation. https://www.saj.usace.army.mil/Missions/Regulatory/Enforcement/

State Programmatic General Permit (SPGP) information can be found via this link:
https://www.saj.usace.army.mil/SPGP/

***NOTICE: Pursuant to Section 404(g) of the Clean Water Act (CWA), 33 U.S.C. § 1344(g), the FDEP assumed administration of a portion of the CWA Section 404 program, referred to as Assumption. The Corps acknowledges Assumption was implemented by January 15, 2021. Thus, the Corps will transfer to the FDEP any pending Section 404 permit applications proposing discharges in State 'assumed' waters form that date on.

- EXTERNAL Automated Wetland Determination Data Sheets (ADS): https://www.usace.army.mil/Missions/Civil-Works/Regulatory-Program-and-Permits/reg_supp/

- U.S. Army Corps of Engineers, Jacksonville District, State of Florida Assumption of Section U.S.ARMY 404 Permitting Responsibilities SB:
https://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/other_permitting_factors/20201109-Factsheet_Handout-KDS.pdf

-For more information on the status of the Corps' transition, please visit the Corps' website under "Regulatory News" at: https://www.saj.usace.army.mil/Missions/Regulatory/

-For more information on the status of EPA's decision, please visit EPA's website at: https://www.epa.gov/cwa404g

-For more information on FDEP's request for Assumption, please visit FDEP's website at:
https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/404-assumption

- ERP and State 404 Program Rules & General ERP Rules for Dredging Operations in Florida:
https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/erp-dredging-and-filling

- DEP Facility/Site Details and Associated Documents: https://prodenv.dep.state.fl.us/

- Operation Blue Roof program: https://www.usace.army.mil/Missions/Emergency-Operations/Blue-Roof-Information/

* You may electronically submit information for new permit applications to the following:
Florida Power & Light Inbox: corpsjaxreg-fpl@usace.army.mil
Jacksonville District Permits Section: corpsjaxreg-nj@usace.army.mil
Pensacola Permits Section: corpsjaxreg-nl@usace.army.mil
Panama City Permits Section: corpsjaxreg-np@usace.army.mil
Gainesville Regulatory Office: TampaReg@usace.army.mil
Ft. Myers Permits Section: SF.New.Applications@usace.army.mil
Clewiston USACE Field Office: Robert.R.Hill@usace.army.mil
Tampa Bay Permits Section: TampaReg@usace.army.mil
Cocoa Beach Permits Section: CORPSJAXREG-NC@usace.army.mil
Palm Beach Gardens Section: Application-sp@usace.army.mil
Florida Keys Section: SEAPPLS@usace.army.mil

Antilles-Miami Section: cesaj-rd-sa@usace.army.mil
Special Projects Branch BIL Team: CESAS-RDR CESAS-RDR@usace.army.mil
RD Enforcement Team correspondence or requests to saj-rd-enforcement@usace.army.mil

* Download the ENG 4345 application form here:
https://www.publications.usace.army.mil/Portals/76/Publications/EngineerForms/Eng_Form_4345_2019Feb.pdf?ver=2019-03-08-083618-337

* Download the application checklist here:
http://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/permitting/forms/Checklists/Checklist_ENG4345fillable.pdf

Note: Standard Permits (SP) and Letter of Permission (LOP) can be modified with a USACE ENG Form 4345 and supporting documentation.  However Nationwide Permits (NWP) and Regional General Permits (RGP) can't be modified. Thus, changes to NWPs and RGPs to permits require a new application with supporting documentation that would still be based off a previous permit.

-FACT SHEET for USACE PERMITTING REQUIREMENTS:
https://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/other_permitting_factors/20201109-Factsheet_Handout-KDS.pdf

The Regulatory Customer Service Survey has moved to the cloud and has a new URL beginning on Mon 5 Apr 2021-
https://regulatory.ops.usace.army.mil/customer-service-survey/



**US Army Corps of Engineers**
**Jacksonville Florida District**

**From:** SAJ-RD <saj-rd@usace.army.mil>
**Sent:** Wednesday, February 28, 2024 3:13 PM
**To:** SF.New.Applications <SF.New.Applications@usace.army.mil>
**Subject:** FW: [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)

FYA

Thanks

Yolanda A. Bringhurst
Division Secretary
Regulatory Division
Jacksonville District
(904) 232-1177

**From:** gregbmyers@verizon.net <gregbmyers@verizon.net>
**Sent:** Tuesday, February 27, 2024 2:36 PM
**To:** Hamor, Michelle L CIV USARMY CENAO (USA) <Michelle.L.Hamor@usace.army.mil>; SAJ-RD <saj-rd@usace.army.mil>

Cc: gregbmyers@verizon.net
**Subject:** [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)

Dear Michelle L. Hamor:

On February 20, 2024, I asked a number of questions in your presentation to the City of Naples City Council, specifically with respect to the Naples Beach Club development (124.3 acres in the heart of the City of Naples, stretching from the Gulf of Mexico to U.S. 41).

The Naples Beach Club submitted a fraudulent application to FEMA in order to obtain an illegal Letter of Map Revision (LOMR) including, without limitation, failing to obtain proper documentation showing compliance with Section 7(a)(2) of the Endangered Species Act (ESA). The City of Naples swept this corruption under the rug.

Troublingly, the City's Flood Plain Coordinator who signed the FEMA application on September 29, 2020, subsequently resigned after having admitted during an ethics investigation that she had accepted payments from private developers seeking to obtain building permits from the City of Naples. The LOMR application was predicated on **fabricated topo data**. Furthermore, the "proposed project" does not meet the City of Naples floodplain management requirements, including without limitation, building "dry floodproofed" structures west of GSBN in the Coastal High Hazard Area in violation of ASCE 24, FBC, and 44 CFR 59 and 60.

The Naples Beach Club is also currently pumping contaminated groundwater into the Gulf of Mexico in violation of the Clean Water Act (CWA). See email dated September 13, 2023, copy attached:

According to the Earth Systems Report, the "concentrations of Naphthalene and 2-Methylnaphthalene also exceeded their respective Chapter 62-777, FAC Natural Attenuation Default Concentrations (NADCs)." *** According to the U.S. Department of Health and Human Services (HHS), "naphthalene is reasonably anticipated to be a human carcinogen," with 1-Methylnaphthalene and 2-Methylnaphthalene being identified as "naphthalene-related compounds." *** Under the EPA 1986 cancer guidelines, "naphthalene was assigned to Group C – possible human carcinogen."

The Naples Beach Club is required to obtain a permit under section 404 of the CWA. As Federal approval is a prerequisite to the development of the Naples Beach Club project, said project is subject to Federal control and responsibility. Because the Naples Beach Club project will have **significant impacts on the quality of the human environment**, the USACE must prepare an Environmental Impact Statement (EIS) and issue a record of decision (ROD). Accordingly, pursuant to the National Environmental Policy Act (**NEPA**), I respectfully demand that the USACE immediately issue a **full stop work order** for the Naples Beach Club project until an EIS can be completed, including providing the residents of the City of Naples with an opportunity for public comment and a full and fair discussion of the significant environmental impacts and the reasonable alternatives which would avoid or minimize adverse impacts or enhance the quality of the human environment.

I appreciate your prompt response to this very serious and time-sensitive matter.

Gregory Myers
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312


smime.p7s
6.4kB


ENG_Form_4345_2018 Blank PDF Option 2 Eng_May.pdf
74.5kB

 Eng_Form_4345_2019Feb.pdf
41.7kB

 Eng_Form_4345_2022Sep.pdf
39.7kB

 ENG_Form_4345_Checklist.pdf
146kB

 ENG_FORM_4345_Short Instructions.pdf
18.6kB

 FDEP-04-04-2023 Contacts.pdf
128.2kB

 Instructions for Preparing a Department of the Army Permit Application R2.docx
29.7kB

 Sample Permit Exhibits.pdf
1.7MB

 Jurisdiction Lines.png
78.7kB

 USACE REV. 6 20240109 Regulatory Offices Map.pdf
313.5kB

Re: Big Cypress NPS Fire Station

From: gregbmyers@verizon.net (gregbmyers@verizon.net)

To:    Luigi.G.Federici@usace.army.mil

Cc:    gregbmyers@verizon.net

Date: Wednesday, February 28, 2024 at 05:09 PM EST


EMAIL 1 of 2

October 6, 2020, Environmental Resource Permit (ERP) for Permittee: Naples Golf and Beach Club, Inc.
Permit No: 387544-001 (Permit Expiration: October 5, 2025)

See bottom of Page 2 of 10 and top of Page 3 of 10:

> Federal Authorization
>
> Your proposed activity as outlined on your application and attached drawings does not qualify for Federal authorization pursuant to the State Programmatic General Permit and a SEPARATE permit or authorization shall be required from the Corps. You must apply separately to the Corps using their *APPLICATION FOR DEPARTMENT OF THE ARMY PERMIT*, ENG FORM 4345, or alternative as allowed by their regulations. More information on Corps permitting may be found online in the Jacksonville District Regulatory Division Source Book at:
> https://www.saj.usace.arm\.mil/Missions/Regulaton/Source-Book/.
> Authority for review - an agreement with the USACOE entitled "Coordination Agreement Between the U. S. Army Corps of Engineers (Jacksonville District) and the Florida Department of Environmental Protection, or Duly Authorized Designee, State Programmatic General Permit", Section IO of the Rivers and Harbor Act of 1899, and Section 404 of the Clean Water Act.

I have also attached a copy of the fraudulent Letter of Map Revision (LOMR) application as submitted to FEMA, together with a signed topo survey evidencing the LOMR Application is fraudulent.

Thx.


On Wednesday, February 28, 2024 at 04:20:37 PM EST, Federici, Luigi G CIV USARMY CESAJ (USA) <luigi.g.federici@usace.army.mil> wrote:


Good afternoon,

Applying to the U. S. Army Corps of Engineers (USACE) for a permit will require you to fill out and submit a USACE ENG Form 4345 (or other required form). One of the **three** versions that are provided as attachments are acceptable due to Adobe Acrobat version compatibility issues. You will then email the application and other supporting data to the appropriate email address for the USACE office for your area (SF.New.Applications@usace.army.mil). I have provided the USACE ENG Form 4345 and other helpful documents to assist you in applying for a permit from the USACE.

This will start a process in which permit applications received by the Corps of Engineers are given identification numbers and reviewed for completeness. A request for additional information may be requested, if necessary, from your assigned Project Manager (PM). For standard individual permit reviews, a public notice initiating a 15- or 30-day public comment period will be issued within 15 days of receiving all the required information. After the comment period, the Corps will review all the comments. The Corps may ask for additional information at this time and a public hearing may be conducted if one has been specifically requested or determined to be necessary. For all projects, the Corps will consult with other state and federal agencies and Native American tribes as appropriate. When all considerations are satisfied, the District Engineer will decide to either issue or deny the permit application. If a permit is denied, the applicant will receive a written explanation.

The Corps' goal is to decide on all applications within 60 days after receipt of a complete application for minor permits and 120 days for individual permits, unless: a decision is precluded as a matter of law or procedures required by law. If that occurs, then the case must be referred to higher authority; the comment period of a public notice is extended; a timely submittal of information or comments is not received from the applicant. Also, the processing is suspended at the request of the applicant; or information needed by the district engineer for a decision on the application cannot reasonably be obtained within the 60- or 120-day period.

Upon receipt of your permit application, you will be sent an email acknowledgement of receipt and a Corps reference number specific to your file. You should refer to this number when inquiring about your application. If your application is incomplete, the Corps will request the additional information needed to continue its review. The project will be reviewed, balancing the need and expected benefits against the probable impacts of the work, taking into consideration all comments received and other relevant factors. In the meantime, you may want to see what county or state restrictions, or land use limitations are in place regarding this type of work.

We request that you provide at least two aerial views (project site or plot view and one at a higher elevation) of the project area. The photos are used to match against the USACE data base of maps to verify the location and if another project was sanctioned by the USACE in that location before. I recommend going to Google Earth and going right to your property by typing in your address. Also, you can get aerial views and location coordinates from your county's property website or county tax assessor's website if you have trouble with the Google Earth app (which you shouldn't).

Regarding latitude and longitude, it is best to use the decimal conversion of the project location (your form had no coordinates). To obtain these coordinates, go to Google Earth where you will get the coordinates in deg./min./sec. of the project site that will show up in the lower right side of your screen. Make sure that the compass arrow (red side not white side) stops at the North direction. The compass that I am referring to is in the lower right side of the screen too. You do this by double clicking the rotating compass dial to get it to point North. Since these values will show up in a degrees/minutes/seconds format and convert it to decimal use this website. https://www.fcc.gov/media/radio/dms-decimal. These coordinates should be the centroid location of the total project site or work area.

The reason for ensuring that the correct coordinates and address are on the USACE application is to properly verify the project's location. Please be aware that using the USACE application checklist is very beneficial for the processing of your application as well. Not to mention providing us with any other pertinent data or documents related to the project i.e. FL Dept. of Environment or other county or local forms. Any attachments for applications should be clearly labeled as to their contents instead of into one large PDF document. Applicable links to websites that will be useful for you in completing your application are provided below my contact information. Once that is done just provide all the documents to the Ft. Myers Email Inbox not my personal work email (see below). Any cost required for the processing of your permit will be requested by your Project Manager when that person is assigned to your project. In closing, I hope that this email addresses your inquiry and makes you a better an informed applicant or agent requesting assistance from the USACE.

| FDEP Office | County | Email |
|---|---|---|
| Northeast District | Alachua, Baker, Bradford, Clay, Columbia, Dixie, Duval, Flagler, Gilchrist, Hamilton, Lafayette, Levy, Madison, Nassau, Putnam, St. Johns, Suwannee, Taylor, Union | DEP_NED@dep.state.fl.us |
| Central District | Brevard, Lake, Marion, Orange, Osceola, Seminole, Sumter, Volusia | DEP_CD@dep.state.fl.us |
| Northwest District | Bay, Calhoun, Escambia, Franklin, Gadsden, Gulf, Holmes, Jackson, Jefferson, Leon, Liberty, Okaloosa, Santa Rosa, Wakulla, Walton, Washington | NWD_ERP_Applications@dep.state.fl.us |
| South District | Charlotte, Collier, Desoto, Glades, Hendry, Highlands, Lee, Monroe, Sarasota | SD_ERP_Permit@dep.state.fl.us |
| Southeast District | Broward, Indian River, Martin, Miami-Dade, Okeechobee, Palm Beach, St. Lucie | SED_Permitting@dep.state.fl.us |
| Southwest District | Citrus, Hardee, Hernando, Hillsborough, Manatee, Pasco, Pinellas, Polk | SW_ERP@dep.state.fl.us |

Sample Attachment Titles for an Application to the USACE:

Attachment A – Signed ENG Form 4345

Attachment B – Historical Aerials

Attachment C – Project Plans

Attachment D – Drainage Calculations Report

Attachment E – Site Photographs

Attachment F – Wetland Impact Map

Attachment G – PDC Forms

Attachment H – FL Dept. of Env. Protection Agency Permit


Best Regards,

Luigi (Lou) Federici.

Regulatory Program Assistant

USACE Jacksonville District

701 San Marco Blvd

Jacksonville, FL 32207-8175

📠 (904) 860-7400 (Cellular is Primary Phone)

☎ (904) 570-4510 (Non-Telework)

Email: Luigi.G.Federici@usace.army.mil

**Regulatory Program and Permits** / Frequently Asked Questions: https://www.usace.army.mil/Missions/Civil-Works/Regulatory-Program-and-Permits/Frequently-Asked-Questions/

* PLEASE NOTE: The U.S. Army Corps of Engineers no longer receives permit applications or related information from the Florida DEP or the Water Management Districts.  Paths to USACE websites of interest:

NOTE: If the project is located in navigable waters (tidal waters and some other non-tidal waterways), there is no exemption available.  A permit is always required in navigable waters (or what we call Section 10 waters) for any work (structures, dredging, utility lines under or above, etc.) in, on, under, or over these waters.  Also, the USACE has no jurisdiction over sovereign submerged lands issues, that is specifically a State issue (FLDEP). However, if you are placing or removing structures or renovating the marina, then you will need a permit from the USACE.

Path to the USACE Permit Portal Site: https://permits.ops.usace.army.mil/orm-public. The "Final IPs" and "Pending IPs" menu items at the top of the map therein will only access Standard Permits and Letters of Permission.  Most often permits that applicants or agents will want to access are "RGPs" (Regional General Permits or Nationwide Permits).  The other menu items are for permits issued under limited circumstances.  They will display information on RGPs but only those RGPs reviewed under Emergency Procedures, under WRDA agreements (e,g, in Florida, those are with FDOT and FP&L), and those related to the Deepwater Horizon project.

The U.S. Fish and Wildlife Service is the principal federal agency tasked with providing information to the public on the extent and status of the nation's wetland and deepwater habitats, as well as changes to these habitats over time. National Wetlands Inventory | U.S. Fish & Wildlife Service (fws.gov)

Bi-Partisan Infrastructure Law (BIL) Team Project Assignments - Used for overflow work from other USACE SAJ offices. CESAS-RDR@usace.army.mil the RPA includes this in the in email's subject line: District (SAJ)-Office (Tampa, Ft. Myers, etc.)-Permit Type (SAJ 20, etc.).

Finding an ERP Permit on the DEP Internet Site: https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/finding-erp-permit-dep-internet

**Freedom of Information Act (FOIA) Page via** https://www.usace.army.mil/FOIA.aspx

To assist you with your request, we have provided information on the procedures, rules and regulations pertinent to the Corps of Engineers' processing of Freedom of Information Act (FOIA) requests. Also provided are links to various sites, which you may find helpful in understanding and interpreting the Act. For additional assistance in submitting a request, see the Army Citizens Guide or the Department of Defense's FOIA Handbook. The Guide and the Handbook provide advice on the rules of the FOIA and how to submit a FOIA request to Army and Defense Department Agencies.

Applicants are now able to pay Department of the Army permit fees online at pay.gov instead of writing and mailing a check. This convenient option allows for multiple payment methods (bank account, Amazon account, PayPal, debit or

credit card). The direct link is here: https://www.pay.gov/public/form/start/996412796. Attached is a pay.gov payment walk-through provided by HQ.

Anything over 1,000 square feet, including waterway structures, such as boatlift canopies, (Labelle area) would stay with Ft. Myers; anything less goes to the Clewiston USACE Permitting Office.

Downloads for files over 12MB, the RPA goes into DoD Safe and "Request a Drop-off". The applicant/agent will enter the e-mail address themselves for the desired USACE Permitting Office when they upload the files.

The applicant can access this link via DoD Safe:  https://safe.apps.mil/

Link for the public to report a violation.  https://www.saj.usace.army.mil/Missions/Regulatory/Enforcement/

State Programmatic General Permit (SPGP) information can be found via this link;
https://www.saj.usace.army.mil/SPGP/

***NOTICE: Pursuant to Section 404(g) of the Clean Water Act (CWA), 33 U.S.C. § 1344(g), the FDEP assumed administration of a portion of the CWA Section 404 program, referred to as Assumption.  The Corps acknowledges Assumption was implemented by January 15, 2021.  Thus, the Corps will transfer to the FDEP any pending Section 404 permit applications proposing discharges in State 'assumed' waters form that date on.

- EXTERNAL Automated Wetland Determination Data Sheets (ADS): https://www.usace.army.mil/Missions/Civil-Works/Regulatory-Program-and-Permits/reg_supp/

- U.S. Army Corps of Engineers, Jacksonville District, State of Florida Assumption of Section U.S.ARMY 404 Permitting Responsibilities SB:
https://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/other_permitting_factors/20201109-Factsheet_Handout-KDS.pdf

-For more information on the status of the Corps' transition, please visit the Corps' website under "Regulatory News" at:  https://www.saj.usace.army.mil/Missions/Regulatory/

-For more information on the status of EPA's decision, please visit EPA's website at:  https://www.epa.gov/cwa404g

-For more information on FDEP's request for Assumption, please visit FDEP's website at:
https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/404-assumption

- ERP and State 404 Program Rules & General ERP Rules for Dredging Operations in Florida:

https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/erp-dredging-and-filling

- DEP Facility/Site Details and Associated Documents: https://prodenv.dep.state.fl.us/

- Operation Blue Roof program: https://www.usace.army.mil/Missions/Emergency-Operations/Blue-Roof-Information/

* You may electronically submit information for new permit applications to the following:

Florida Power & Light Inbox: corpsjaxreg-fpl@usace.army.mil

Jacksonville District Permits Section: corpsjaxreg-nj@usace.army.mil

Pensacola Permits Section: corpsjaxreg-nl@usace.army.mil

Panama City Permits Section: corpsjaxreg-np@usace.army.mil

Gainesville Regulatory Office: TampaReg@usace.army.mil

Ft. Myers Permits Section: SF.New.Applications@usace.army.mil

Clewiston USACE Field Office: Robert.R.Hill@usace.army.mil

Tampa Bay Permits Section: TampaReg@usace.army.mil

Cocoa Beach Permits Section: CORPSJAXREG-NC@usace.army.mil

Palm Beach Gardens Section: Application-sp@usace.army.mil

Florida Keys Section: SEAPPLS@usace.army.mil

Antilles-Miami Section: cesaj-rd-sa@usace.army.mil

Special Projects Branch BIL Team: CESAS-RDR CESAS-RDR@usace.army.mil

RD Enforcement Team correspondence or requests to saj-rd-enforcement@usace.army.mil

* Download the ENG 4345 application form here:
https://www.publications.usace.army.mil/Portals/76/Publications/EngineerForms/Eng_Form_4345_2019Feb.pdf?ver=2019-03-08-083618-337

* Download the application checklist here:
http://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/permitting/forms/Checklists/Checklist_ENG4345fillable.pdf

Note: Standard Permits (SP) and Letter of Permission (LOP) can be modified with a USACE ENG Form 4345 and supporting documentation.  However Nationwide Permits (NWP) and Regional General Permits (RGP) can't be modified. Thus, changes to NWPs and RGPs to permits require a new application with supporting documentation that would still be based off a previous permit.

-FACT SHEET for USACE PERMITTING REQUIREMENTS:

https://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/other_permitting_factors/20201109-Factsheet_Handout-KDS.pdf

The Regulatory Customer Service Survey has moved to the cloud and has a new URL beginning on Mon 5 Apr 2021-
https://regulatory.ops.usace.army.mil/customer-service-survey/



**US Army Corps of Engineers**

**Jacksonville Florida District**

---

**From:** SAJ-RD <saj-rd@usace.army.mil>
**Sent:** Wednesday, February 28, 2024 3:13 PM
**To:** SF.New.Applications <SF.New.Applications@usace.army.mil>
**Subject:** FW: [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)

FYA

Thanks

Yolanda A. Bringhurst

Division Secretary

Regulatory Division

Jacksonville District

(904) 232-1177

**From:** gregbmyers@verizon.net <gregbmyers@verizon.net>
**Sent:** Tuesday, February 27, 2024 2:36 PM
**To:** Hamor, Michelle L CIV USARMY CENAO (USA) <Michelle.L.Hamor@usace.army.mil>; SAJ-RD <saj-rd@usace.army.mil>
**Cc:** gregbmyers@verizon.net
**Subject:** [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)

Dear Michelle L. Hamor:

On February 20, 2024, I asked a number of questions in your presentation to the City of Naples City Council, specifically with respect to the Naples Beach Club development (124.3 acres in the heart of the City of Naples, stretching from the Gulf of Mexico to U.S. 41).

The Naples Beach Club submitted a fraudulent application to FEMA in order to obtain an illegal Letter of Map Revision (LOMR) including, without limitation, failing to obtain proper documentation showing compliance with Section 7(a)(2) of the Endangered Species Act (ESA). The City of Naples swept this corruption under the rug.

Troublingly, the City's Flood Plain Coordinator who signed the FEMA application on September 29, 2020, subsequently resigned after having admitted during an ethics investigation that she had accepted payments from private developers seeking to obtain building permits from the City of Naples. The LOMR application was predicated on **fabricated topo data**. Furthermore, the "proposed project" does not meet the City of Naples floodplain management requirements, including without limitation, building "dry floodproofed" structures west of GSBN in the Coastal High Hazard Area in violation of ASCE 24, FBC, and 44 CFR 59 and 60.

The Naples Beach Club is also currently pumping contaminated groundwater into the Gulf of Mexico in violation of the Clean Water Act (CWA). See email dated September 13, 2023, copy attached:

According to the Earth Systems Report, the "concentrations of Naphthalene and 2-Methynaphthalene also exceeded their respective Chapter 62-777, FAC Natural Attenuation Default Concentrations (NADCs)." *** According to the U.S. Department of Health and Human Services (HHS), "naphthalene is reasonably anticipated to be a human carcinogen," with 1-Methylnaphthalene and 2-Methynaphthalene being identified as "naphthalene-related compounds." *** Under the EPA 1986 cancer guidelines, "naphthalene was assigned to Group C – possible human carcinogen."

The Naples Beach Club is required to obtain a permit under section 404 of the CWA. As Federal approval is a prerequisite to the development of the Naples Beach Club project, said project is subject to Federal control and responsibility. Because the Naples Beach Club project will have **significant impacts on the quality of the human environment**, the USACE must prepare an Environmental Impact Statement (EIS) and issue a record of decision (ROD). Accordingly, pursuant to the National Environmental Policy Act (**NEPA**), I respectfully demand that the USACE immediately issue a **full stop work order** for the Naples Beach Club project until an EIS can be completed, including providing the residents of the City of Naples with an opportunity for public comment and a full and fair discussion of the significant environmental impacts and the reasonable alternatives which would avoid or minimize adverse impacts or enhance the quality of the human environment.

I appreciate your prompt response to this very serious and time-sensitive matter.

Gregory Myers

700 Gulf Shore Blvd. N.

Naples, Florida 34102

(301) 325-2312

 201006_FDEP ERP Permit #387544-001.pdf
19.1MB

 200914_26-049-851GulfShoreBlvd-LOMR-09-14-20-Report_Signed Carrera.pdf
2.7MB

Re: Big Cypress NPS Fire Station

From:  gregbmyers@verizon.net (gregbmyers@verizon.net)
To:    luigi.g.federici@usace.army.mil
Cc:    gregbmyers@verizon.net
Date:  Wednesday, February 28, 2024 at 05:11 PM EST


EMAIL 2 of 2 (topo survey)

On Wednesday, February 28, 2024 at 05:10:03 PM EST, gregbmyers@verizon.net <gregbmyers@verizon.net> wrote:


EMAIL 1 of 2

October 6, 2020, Environmental Resource Permit (ERP) for Permittee: Naples Golf and Beach Club, Inc.
Permit No: 387544-001 (Permit Expiration: October 5, 2025)

See bottom of Page 2 of 10 and top of Page 3 of 10:

> Federal Authorization
>
> Your proposed activity as outlined on your application and attached drawings does not qualify for Federal authorization pursuant to the State Programmatic General Permit and a SEPARATE permit or authorization shall be required from the Corps. You must apply separately to the Corps using their *APPLICATION FOR DEPARTMENT OF THE ARMY PERMIT*, ENG FORM 4345, or alternative as allowed by their regulations. More information on Corps permitting may be found online in the Jacksonville District Regulatory Division Source Book at:
> https://www.saj.usace.arm\.mil/Missions/Regulaton/Source-Book/.
> Authority for review - an agreement with the USACOE entitled "Coordination Agreement Between the U. S. Army Corps of Engineers (Jacksonville District) and the Florida Department of Environmental Protection, or Duly Authorized Designee, State Programmatic General Permit", Section IO of the Rivers and Harbor Act of 1899, and Section 404 of the Clean Water Act.

I have also attached a copy of the fraudulent Letter of Map Revision (LOMR) application as submitted to FEMA, together with a signed topo survey evidencing the LOMR Application is fraudulent.

Thx.

On Wednesday, February 28, 2024 at 04:20:37 PM EST, Federici, Luigi G CIV USARMY CESAJ (USA) <luigi.g.federici@usace.army.mil> wrote:


Good afternoon,

Applying to the U. S. Army Corps of Engineers (USACE) for a permit will require you to fill out and submit a USACE ENG Form 4345 (or other required form). One of the **three** versions that are provided as attachments are acceptable due to Adobe Acrobat version compatibility issues. You will then email the application and other supporting data to the appropriate email address for the USACE office for your area (SF.New.Applications@usace.army.mil). I have provided the USACE ENG Form 4345 and other helpful documents to assist you in applying for a permit from the USACE.

This will start a process in which permit applications received by the Corps of Engineers are given identification numbers and reviewed for completeness. A request for additional information may be requested, if necessary, from your assigned Project Manager (PM). For standard individual permit reviews, a public notice initiating a 15- or 30-day public comment period will be issued within 15 days of receiving all the required information. After the comment period, the Corps will review all the comments. The Corps may ask for additional information at this time and a public hearing may be conducted if one has been specifically requested or determined to be necessary. For all projects, the Corps will consult with other state and federal agencies and Native American tribes as appropriate. When all considerations are satisfied, the District Engineer will decide to either issue or deny the permit application. If a permit is denied, the applicant will receive a written explanation.

The Corps' goal is to decide on all applications within 60 days after receipt of a complete application for minor permits and 120 days for individual permits, unless: a decision is precluded as a matter of law or procedures required by law. If that occurs, then the case must be referred to higher authority; the comment period of a public notice is extended; a timely submittal of information or comments is not received from the applicant. Also, the processing is suspended at the request of the applicant; or information needed by the district engineer for a decision on the application cannot reasonably be obtained within the 60- or 120-day period.

Upon receipt of your permit application, you will be sent an email acknowledgement of receipt and a Corps reference number specific to your file. You should refer to this number when inquiring about your application. If your application is incomplete, the Corps will request the additional information needed to continue its review. The project will be reviewed, balancing the need and expected benefits against the probable impacts of the work, taking into consideration all comments received and other relevant factors. In the meantime, you may want to see what county or state restrictions, or land use limitations are in place regarding this type of work.

We request that you provide at least two aerial views (project site or plot view and one at a higher elevation) of the project area. The photos are used to match against the USACE data base of maps to verify the location and if another project was sanctioned by the USACE in that location before. I recommend going to Google Earth and going right to your property by typing in your address. Also, you can get aerial views and location coordinates from your county's property website or county tax assessor's website if you have trouble with the Google Earth app (which you shouldn't).

Regarding latitude and longitude, it is best to use the decimal conversion of the project location (your form had no coordinates). To obtain these coordinates, go to Google Earth where you will get the coordinates in deg./min./sec. of the project site that will show up in the lower right side of your screen. Make sure that the compass arrow (red side not white side) stops at the North direction. The compass that I am referring to is in the lower right side of the screen too. You do this by double clicking the rotating compass dial to get it to point North. Since these values will show up in a degrees/minutes/seconds format and convert it to decimal use this website. https://www.fcc.gov/media/radio/dms-decimal. These coordinates should be the centroid location of the total project site or work area.

The reason for ensuring that the correct coordinates and address are on the USACE application is to properly verify the project's location. Please be aware that using the USACE application checklist is very beneficial for the processing of your application as well. Not to mention providing us with any other pertinent data or documents related to the project i.e. FL Dept. of Environment or other county or local forms. Any attachments for applications should be clearly labeled as to their contents instead of into one large PDF document. Applicable links to websites

that will be useful for you in completing your application are provided below my contact information.  Once that is done just provide all the documents to the Ft. Myers Email Inbox not my personal work email (see below).  Any cost required for the processing of your permit will be requested by your Project Manager when that person is assigned to your project.  In closing, I hope that this email addresses your inquiry and makes you a better an informed applicant or agent requesting assistance from the USACE.

| FDEP Office | County | Email |
|---|---|---|
| Northeast District | Alachua, Baker, Bradford, Clay, Columbia, Dixie, Duval, Flagler, Gilchrist, Hamilton, Lafayette, Levy, Madison, Nassau, Putnam, St. Johns, Suwannee, Taylor, Union | DEP_NED@dep.state.fl.us |
| Central District | Brevard, Lake, Marion, Orange, Osceola, Seminole, Sumter, Volusia | DEP_CD@dep.state.fl.us |
| Northwest District | Bay, Calhoun, Escambia, Franklin, Gadsden, Gulf, Holmes, Jackson, Jefferson, Leon, Liberty, Okaloosa, Santa Rosa, Wakulla, Walton, Washington | NWD_ERP_Applications@dep.state.fl.us |
| South District | Charlotte, Collier, Desoto, Glades, Hendry, Highlands, Lee, Monroe, Sarasota | SD_ERP_Permit@dep.state.fl.us |
| Southeast District | Broward, Indian River, Martin, Miami-Dade, Okeechobee, Palm Beach, St. Lucie | SED_Permitting@dep.state.fl.us |
| Southwest District | Citrus, Hardee, Hernando, Hillsborough, Manatee, Pasco, Pinellas, Polk | SW_ERP@dep.state.fl.us |

Sample Attachment Titles for an Application to the USACE:

Attachment A – Signed ENG Form 4345

Attachment B – Historical Aerials

Attachment C – Project Plans

Attachment D – Drainage Calculations Report

Attachment E – Site Photographs

Attachment F – Wetland Impact Map

Attachment G – PDC Forms

Attachment H – FL Dept. of Env. Protection Agency Permit

Best Regards,

Luigi (Lou) Federici.

Regulatory Program Assistant

USACE Jacksonville District

701 San Marco Blvd

Jacksonville, FL 32207-8175

📱 (904) 860-7400 (Cellular is Primary Phone)

☎ (904) 570-4510 (Non-Telework)

Email: Luigi.G.Federici@usace.army.mil


**Regulatory Program and Permits** / Frequently Asked Questions: https://www.usace.army.mil/Missions/Civil-Works/Regulatory-Program-and-Permits/Frequently-Asked-Questions/


\* PLEASE NOTE: The U.S. Army Corps of Engineers no longer receives permit applications or related information from the Florida DEP or the Water Management Districts.  Paths to USACE websites of interest:


NOTE: If the project is located in navigable waters (tidal waters and some other non-tidal waterways), there is no exemption available.  A permit is always required in navigable waters (or what we call Section 10 waters) for any work (structures, dredging, utility lines under or above, etc.) in, on, under, or over these waters.  Also, the USACE has no jurisdiction over sovereign submerged lands issues, that is specifically a State issue (FLDEP). However, if you are placing or removing structures or renovating the marina, then you will need a permit from the USACE.


Path to the USACE Permit Portal Site: https://permits.ops.usace.army.mil/orm-public. The "Final IPs" and "Pending IPs" menu items at the top of the map therein will only access Standard Permits and Letters of Permission.  Most often permits that applicants or agents will want to access are "RGPs" (Regional General Permits or Nationwide Permits).  The other menu items are for permits issued under limited circumstances.  They will display information on RGPs but only those RGPs reviewed under Emergency Procedures, under WRDA agreements (e.g, in Florida, those are with FDOT and FP&L), and those related to the Deepwater Horizon project.


The U.S. Fish and Wildlife Service is the principal federal agency tasked with providing information to the public on the extent and status of the nation's wetland and deepwater habitats, as well as changes to these habitats over time. National Wetlands Inventory | U.S. Fish & Wildlife Service (fws.gov)


Bi-Partisan Infrastructure Law (BIL) Team Project Assignments - Used for overflow work from other USACE SAJ offices. CESAS-RDR@usace.army.mil the RPA includes this in the in email's subject line: District (SAJ)-Office (Tampa, Ft. Myers, etc.)-Permit Type (SAJ 20, etc.).


Finding an ERP Permit on the DEP Internet Site: https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/finding-erp-permit-dep-internet


**Freedom of Information Act (FOIA) Page** via https://www.usace.army.mil/FOIA.aspx

To assist you with your request, we have provided information on the procedures, rules and regulations pertinent to the Corps of Engineers' processing of Freedom of Information Act (FOIA) requests. Also provided are links to various sites, which you may find helpful in understanding and interpreting the Act. For additional assistance in submitting a

request, see the Army Citizens Guide or the Department of Defense's FOIA Handbook. The Guide and the Handbook provide advice on the rules of the FOIA and how to submit a FOIA request to Army and Defense Department Agencies.

Applicants are now able to pay Department of the Army permit fees online at pay.gov instead of writing and mailing a check. This convenient option allows for multiple payment methods (bank account, Amazon account, PayPal, debit or credit card). The direct link is here: https://www.pay.gov/public/form/start/996412796. Attached is a pay.gov payment walk-through provided by HQ.

Anything over 1,000 square feet, including waterway structures, such as boatlift canopies, (Labelle area) would stay with Ft. Myers; anything less goes to the Clewiston USACE Permitting Office.

Downloads for files over 12MB, the RPA goes into DoD Safe and "Request a Drop-off". The applicant/agent will enter the e-mail address themselves for the desired USACE Permitting Office when they upload the files.

The applicant can access this link via DoD Safe:  https://safe.apps.mil/

Link for the public to report a violation.  https://www.saj.usace.army.mil/Missions/Regulatory/Enforcement/

State Programmatic General Permit (SPGP) information can be found via this link:
https://www.saj.usace.army.mil/SPGP/

***NOTICE: Pursuant to Section 404(g) of the Clean Water Act (CWA), 33 U.S.C. § 1344(g), the FDEP assumed administration of a portion of the CWA Section 404 program, referred to as Assumption. The Corps acknowledges Assumption was implemented by January 15, 2021.  Thus, the Corps will transfer to the FDEP any pending Section 404 permit applications proposing discharges in State 'assumed' waters form that date on.

- EXTERNAL Automated Wetland Determination Data Sheets (ADS): https://www.usace.army.mil/Missions/Civil-Works/Regulatory-Program-and-Permits/reg_supp/

- U.S. Army Corps of Engineers, Jacksonville District, State of Florida Assumption of Section U.S.ARMY 404 Permitting Responsibilities SB:
https://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/other_permitting_factors/20201109-Factsheet_Handout-KDS.pdf

-For more information on the status of the Corps' transition, please visit the Corps' website under "Regulatory News" at:  https://www.saj.usace.army.mil/Missions/Regulatory/

-For more information on the status of EPA's decision, please visit EPA's website at:  https://www.epa.gov/cwa404g

-For more information on FDEP's request for Assumption, please visit FDEP's website at:
https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/404-assumption

- ERP and State 404 Program Rules & General ERP Rules for Dredging Operations in Florida:

https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/erp-dredging-and-filling

- DEP Facility/Site Details and Associated Documents: https://prodenv.dep.state.fl.us/

- Operation Blue Roof program: https://www.usace.army.mil/Missions/Emergency-Operations/Blue-Roof-Information/

* You may electronically submit information for new permit applications to the following:

Florida Power & Light Inbox: corpsjaxreg-fpl@usace.army.mil

Jacksonville District Permits Section: corpsjaxreg-nj@usace.army.mil

Pensacola Permits Section: corpsjaxreg-nl@usace.army.mil

Panama City Permits Section: corpsjaxreg-np@usace.army.mil

Gainesville Regulatory Office: TampaReg@usace.army.mil

Ft. Myers Permits Section: SF.New.Applications@usace.army.mil

Clewiston USACE Field Office: Robert.R.Hill@usace.army.mil

Tampa Bay Permits Section: TampaReg@usace.army.mil

Cocoa Beach Permits Section: CORPSJAXREG-NC@usace.army.mil

Palm Beach Gardens Section: Application-sp@usace.army.mil

Florida Keys Section: SEAPPLS@usace.army.mil

Antilles-Miami Section: cesaj-rd-sa@usace.army.mil

Special Projects Branch BIL Team: CESAS-RDR CESAS-RDR@usace.army.mil

RD Enforcement Team correspondence or requests to saj-rd-enforcement@usace.army.mil

* Download the ENG 4345 application form here:
https://www.publications.usace.army.mil/Portals/76/Publications/EngineerForms/Eng_Form_4345_2019Feb.pdf?
ver=2019-03-08-083618-337

* Download the application checklist here:
http://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/permitting/forms/Checklists/Checklist_ENG434
5fillable.pdf

Note: Standard Permits (SP) and Letter of Permission (LOP) can be modified with a USACE ENG Form 4345 and supporting documentation. However Nationwide Permits (NWP) and Regional General Permits (RGP) can't be modified. Thus, changes to NWPs and RGPs to permits require a new application with supporting documentation that would still be based off a previous permit.

-FACT SHEET for USACE PERMITTING REQUIREMENTS:

https://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/other_permitting_factors/20201109-Factsheet_Handout-KDS.pdf

The Regulatory Customer Service Survey has moved to the cloud and has a new URL beginning on Mon 5 Apr 2021-https://regulatory.ops.usace.army.mil/customer-service-survey/



**US Army Corps of Engineers**

**Jacksonville Florida District**

---

**From:** SAJ-RD <saj-rd@usace.army.mil>
**Sent:** Wednesday, February 28, 2024 3:13 PM
**To:** SF.New.Applications <SF.New.Applications@usace.army.mil>
**Subject:** FW: [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)


FYA


Thanks


Yolanda A. Bringhurst

Division Secretary

Regulatory Division

Jacksonville District

(904) 232-1177


**From:** gregbmyers@verizon.net <gregbmyers@verizon.net>
**Sent:** Tuesday, February 27, 2024 2:36 PM
**To:** Hamor, Michelle L CIV USARMY CENAO (USA) <Michelle.L.Hamor@usace.army.mil>; SAJ-RD <saj-rd@usace.army.mil>
**Cc:** gregbmyers@verizon.net
**Subject:** [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)


Dear Michelle L. Hamor:


On February 20, 2024, I asked a number of questions in your presentation to the City of Naples City Council, specifically with respect to the Naples Beach Club development (124.3 acres in the heart of the City of Naples,

stretching from the Gulf of Mexico to U.S. 41).

The Naples Beach Club submitted a fraudulent application to FEMA in order to obtain an illegal Letter of Map Revision (LOMR) including, without limitation, failing to obtain proper documentation showing compliance with Section 7(a)(2) of the Endangered Species Act (ESA). The City of Naples swept this corruption under the rug.

Troublingly, the City's Flood Plain Coordinator who signed the FEMA application on September 29, 2020, subsequently resigned after having admitted during an ethics investigation that she had accepted payments from private developers seeking to obtain building permits from the City of Naples. The LOMR application was predicated on **fabricated topo data**. Furthermore, the "proposed project" does not meet the City of Naples floodplain management requirements, including without limitation, building "dry floodproofed" structures west of GSBN in the Coastal High Hazard Area in violation of ASCE 24, FBC, and 44 CFR 59 and 60.

The Naples Beach Club is also currently pumping contaminated groundwater into the Gulf of Mexico in violation of the Clean Water Act (CWA). See email dated September 13, 2023, copy attached:

According to the Earth Systems Report, the "concentrations of Naphthalene and 2-Methynaphthalene also exceeded their respective Chapter 62-777, FAC Natural Attenuation Default Concentrations (NADCs)." *** According to the U.S. Department of Health and Human Services (HHS), "naphthalene is reasonably anticipated to be a human carcinogen," with 1-Methylnaphthalene and 2-Methynaphthalene being identified as "naphthalene-related compounds." *** Under the EPA 1986 cancer guidelines, "naphthalene was assigned to Group C – possible human carcinogen."

The Naples Beach Club is required to obtain a permit under section 404 of the CWA. As Federal approval is a prerequisite to the development of the Naples Beach Club project, said project is subject to Federal control and responsibility. Because the Naples Beach Club project will have **significant impacts on the quality of the human environment**, the USACE must prepare an Environmental Impact Statement (EIS) and issue a record of decision (ROD). Accordingly, pursuant to the National Environmental Policy Act (**NEPA**), I respectfully demand that the USACE immediately issue a **full stop work order** for the Naples Beach Club project until an EIS can be completed, including providing the residents of the City of Naples with an opportunity for public comment and a full and fair discussion of the significant environmental impacts and the reasonable alternatives which would avoid or minimize adverse impacts or enhance the quality of the human environment.

I appreciate your prompt response to this very serious and time-sensitive matter.

Gregory Myers

700 Gulf Shore Blvd. N.

Naples, Florida 34102

(301) 325-2312


14_CCL_Approved_Plans___Survey.pdf
21.5MB

Re: Big Cypress NPS Fire Station

From:  gregbmyers@verizon.net (gregbmyers@verizon.net)
To:    Luigi.G.Federici@usace.army.mil
Cc:    gregbmyers@verizon.net
Date:  Wednesday, February 28, 2024 at 05:30 PM EST

See attached, FDEP ERP Permit (bottom page 2 and top page 3):

On Wednesday, February 28, 2024 at 04:20:37 PM EST, Federici, Luigi G CIV USARMY CESAJ (USA) <luigi.g.federici@usace.army.mil> wrote:

Good afternoon,

Applying to the U. S. Army Corps of Engineers (USACE) for a permit will require you to fill out and submit a USACE ENG Form 4345 (or other required form). One of the **three** versions that are provided as attachments are acceptable due to Adobe Acrobat version compatibility issues. You will then email the application and other supporting data to the appropriate email address for the USACE office for your area (SF.New.Applications@usace.army.mil). I have provided the USACE ENG Form 4345 and other helpful documents to assist you in applying for a permit from the USACE.

This will start a process in which permit applications received by the Corps of Engineers are given identification numbers and reviewed for completeness. A request for additional information may be requested, if necessary, from your assigned Project Manager (PM). For standard individual permit reviews, a public notice initiating a 15- or 30-day public comment period will be issued within 15 days of receiving all the required information. After the comment period, the Corps will review all the comments. The Corps may ask for additional information at this time and a public hearing may be conducted if one has been specifically requested or determined to be necessary. For all projects, the Corps will consult with other state and federal agencies and Native American tribes as appropriate. When all considerations are satisfied, the District Engineer will decide to either issue or deny the permit application. If a permit is denied, the applicant will receive a written explanation.

The Corps' goal is to decide on all applications within 60 days after receipt of a complete application for minor permits and 120 days for individual permits, unless: a decision is precluded as a matter of law or procedures required by law. If that occurs, then the case must be referred to higher authority; the comment period of a public notice is extended; a timely submittal of information or comments is not received from the applicant. Also, the processing is suspended at the request of the applicant; or information needed by the district engineer for a decision on the application cannot reasonably be obtained within the 60- or 120-day period.

Upon receipt of your permit application, you will be sent an email acknowledgement of receipt and a Corps reference number specific to your file. You should refer to this number when inquiring about your application. If your application is incomplete, the Corps will request the additional information needed to continue its review. The project will be reviewed, balancing the need and expected benefits against the probable impacts of the work, taking into consideration all comments received and other relevant factors. In the meantime, you may want to see what county or state restrictions, or land use limitations are in place regarding this type of work.

We request that you provide at least two aerial views (project site or plot view and one at a higher elevation) of the project area. The photos are used to match against the USACE data base of maps to verify the location and if

another project was sanctioned by the USACE in that location before. I recommend going to Google Earth and going right to your property by typing in your address. Also, you can get aerial views and location coordinates from your county's property website or county tax assessor's website if you have trouble with the Google Earth app (which you shouldn't).

Regarding latitude and longitude, it is best to use the decimal conversion of the project location (your form had no coordinates). To obtain these coordinates, go to Google Earth where you will get the coordinates in deg./min./sec. of the project site that will show up in the lower right side of your screen. Make sure that the compass arrow (red side not white side) stops at the North direction. The compass that I am referring to is in the lower right side of the screen too. You do this by double clicking the rotating compass dial to get it to point North. Since these values will show up in a degrees/minutes/seconds format and convert it to decimal use this website. https://www.fcc.gov/media/radio/dms-decimal. These coordinates should be the centroid location of the total project site or work area.

The reason for ensuring that the correct coordinates and address are on the USACE application is to properly verify the project's location. Please be aware that using the USACE application checklist is very beneficial for the processing of your application as well. Not to mention providing us with any other pertinent data or documents related to the project i.e. FL. Dept. of Environment or other county or local forms. Any attachments for applications should be clearly labeled as to their contents instead of into one large PDF document. Applicable links to websites that will be useful for you in completing your application are provided below my contact information. Once that is done just provide all the documents to the Ft. Myers Email Inbox not my personal work email (see below). Any cost required for the processing of your permit will be requested by your Project Manager when that person is assigned to your project. In closing, I hope that this email addresses your inquiry and makes you a better an informed applicant or agent requesting assistance from the USACE.

| FDEP Office | County | Email |
|---|---|---|
| Northeast District | Alachua, Baker, Bradford, Clay, Columbia, Dixie, Duval, Flagler, Gilchrist, Hamilton, Lafayette, Levy, Madison, Nassau, Putnam, St. Johns, Suwannee, Taylor, Union | DEP_NED@dep.state.fl.us |
| Central District | Brevard, Lake, Marion, Orange, Osceola, Seminole, Sumter, Volusia | DEP_CD@dep.state.fl.us |
| Northwest District | Bay, Calhoun, Escambia, Franklin, Gadsden, Gulf, Holmes, Jackson, Jefferson, Leon, Liberty, Okaloosa, Santa Rosa, Wakulla, Walton, Washington | NWD_ERP_Applications@dep.state.fl.us |
| South District | Charlotte, Collier, Desoto, Glades, Hendry, Highlands, Lee, Monroe, Sarasota | SD_ERP_Permit@dep.state.fl.us |
| Southeast District | Broward, Indian River, Martin, Miami-Dade, Okeechobee, Palm Beach, St. Lucie | SED_Permitting@dep.state.fl.us |
| Southwest District | Citrus, Hardee, Hernando, Hillsborough, Manatee, Pasco, Pinellas, Polk | SW_ERP@dep.state.fl.us |

Sample Attachment Titles for an Application to the USACE:

Attachment A – Signed ENG Form 4345

Attachment B – Historical Aerials

Attachment C – Project Plans

Attachment D – Drainage Calculations Report

Attachment E – Site Photographs

Attachment F – Wetland Impact Map

Attachment G – PDC Forms

Attachment H – FL Dept. of Env. Protection Agency Permit


Best Regards,

Luigi (Lou) Federici.

Regulatory Program Assistant

USACE Jacksonville District

701 San Marco Blvd

Jacksonville, FL 32207-8175

📠 (904) 860-7400 (Cellular is Primary Phone)

☎ (904) 570-4510 (Non-Telework)

Email: Luigi.G.Federici@usace.army.mil


**Regulatory Program and Permits** / Frequently Asked Questions: https://www.usace.army.mil/Missions/Civil-Works/Regulatory-Program-and-Permits/Frequently-Asked-Questions/


* PLEASE NOTE: The U.S. Army Corps of Engineers no longer receives permit applications or related information from the Florida DEP or the Water Management Districts.  Paths to USACE websites of interest:


NOTE: If the project is located in navigable waters (tidal waters and some other non-tidal waterways), there is no exemption available.  A permit is always required in navigable waters (or what we call Section 10 waters) for any work (structures, dredging, utility lines under or above, etc.) in, on, under, or over these waters.  Also, the USACE has no jurisdiction over sovereign submerged lands issues, that is specifically a State issue (FLDEP). However, if you are placing or removing structures or renovating the marina, then you will need a permit from the USACE.


Path to the USACE Permit Portal Site: https://permits.ops.usace.army.mil/orm-public. The "Final IPs" and "Pending IPs" menu items at the top of the map therein will only access Standard Permits and Letters of Permission.  Most often permits that applicants or agents will want to access are "RGPs" (Regional General Permits or Nationwide Permits).  The other menu items are for permits issued under limited circumstances.  They will display information on RGPs but only those RGPs reviewed under Emergency Procedures, under WRDA agreements (e.g, in Florida, those are with FDOT and FP&L), and those related to the Deepwater Horizon project.

The U.S. Fish and Wildlife Service is the principal federal agency tasked with providing information to the public on the extent and status of the nation's wetland and deepwater habitats, as well as changes to these habitats over time. National Wetlands Inventory | U.S. Fish & Wildlife Service (fws.gov)

Bi-Partisan Infrastructure Law (BIL) Team Project Assignments - Used for overflow work from other USACE SAJ offices. CESAS-RDR@usace.army.mil the RPA includes this in the in email's subject line: District (SAJ)-Office (Tampa, Ft. Myers, etc.)-Permit Type (SAJ 20, etc.).

Finding an ERP Permit on the DEP Internet Site: https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/finding-erp-permit-dep-internet

**Freedom of Information Act (FOIA) Page via** https://www.usace.army.mil/FOIA.aspx

To assist you with your request, we have provided information on the procedures, rules and regulations pertinent to the Corps of Engineers' processing of Freedom of Information Act (FOIA) requests. Also provided are links to various sites, which you may find helpful in understanding and interpreting the Act. For additional assistance in submitting a request, see the Army Citizens' Guide or the Department of Defense's FOIA Handbook. The Guide and the Handbook provide advice on the rules of the FOIA and how to submit a FOIA request to Army and Defense Department Agencies.

Applicants are now able to pay Department of the Army permit fees online at pay.gov instead of writing and mailing a check. This convenient option allows for multiple payment methods (bank account, Amazon account, PayPal, debit or credit card). The direct link is here: https://www.pay.gov/public/form/start/996412796. Attached is a pay.gov payment walk-through provided by HQ.

Anything over 1,000 square feet, including waterway structures, such as boatlift canopies, (Labelle area) would stay with Ft. Myers; anything less goes to the Clewiston USACE Permitting Office.

Downloads for files over 12MB, the RPA goes into DoD Safe and "Request a Drop-off". The applicant/agent will enter the e-mail address themselves for the desired USACE Permitting Office when they upload the files.

The applicant can access this link via DoD Safe:  https://safe.apps.mil/

Link for the public to report a violation.  https://www.saj.usace.army.mil/Missions/Regulatory/Enforcement/

State Programmatic General Permit (SPGP) information can be found via this link: https://www.saj.usace.army.mil/SPGP/

***NOTICE: Pursuant to Section 404(g) of the Clean Water Act (CWA), 33 U.S.C. § 1344(g), the FDEP assumed administration of a portion of the CWA Section 404 program, referred to as Assumption. The Corps acknowledges Assumption was implemented by January 15, 2021. Thus, the Corps will transfer to the FDEP any pending Section 404 permit applications proposing discharges in State 'assumed' waters form that date on.

- EXTERNAL Automated Wetland Determination Data Sheets (ADS): https://www.usace.army.mil/Missions/Civil-Works/Regulatory-Program-and-Permits/reg_supp/

- U.S. Army Corps of Engineers, Jacksonville District, State of Florida Assumption of Section U.S.ARMY 404 Permitting Responsibilities SB: https://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/other_permitting_factors/20201109-Factsheet_Handout-KDS.pdf

-For more information on the status of the Corps' transition, please visit the Corps' website under "Regulatory News" at:  https://www.saj.usace.army.mil/Missions/Regulatory/

-For more information on the status of EPA's decision, please visit EPA's website at:  https://www.epa.gov/cwa404g

-For more information on FDEP's request for Assumption, please visit FDEP's website at: https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/404-assumption

-

- ERP and State 404 Program Rules & General ERP Rules for Dredging Operations in Florida:

https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/erp-dredging-and-filling

- DEP Facility/Site Details and Associated Documents: https://prodenv.dep.state.fl.us/

- Operation Blue Roof program: https://www.usace.army.mil/Missions/Emergency-Operations/Blue-Roof-Information/

* You may electronically submit information for new permit applications to the following:

Florida Power & Light Inbox: corpsjaxreg-fpl@usace.army.mil

Jacksonville District Permits Section: corpsjaxreg-nj@usace.army.mil

Pensacola Permits Section: corpsjaxreg-nl@usace.army.mil

Panama City Permits Section: corpsjaxreg-np@usace.army.mil

Gainesville Regulatory Office: TampaReg@usace.army.mil

Ft. Myers Permits Section: SF.New.Applications@usace.army.mil

Clewiston USACE Field Office: Robert.R.Hill@usace.army.mil

Tampa Bay Permits Section: TampaReg@usace.army.mil

Cocoa Beach Permits Section: CORPSJAXREG-NC@usace.army.mil

Palm Beach Gardens Section: Application-sp@usace.army.mil

Florida Keys Section: SEAPPLS@usace.army.mil

Antilles-Miami Section: cesaj-rd-sa@usace.army.mil

Special Projects Branch BIL Team: CESAS-RDR CESAS-RDR@usace.army.mil

RD Enforcement Team correspondence or requests to saj-rd-enforcement@usace.army.mil

\* Download the ENG 4345 application form here:
https://www.publications.usace.army.mil/Portals/76/Publications/EngineerForms/Eng_Form_4345_2019Feb.pdf?ver=2019-03-08-083618-337

\* Download the application checklist here:
http://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/permitting/forms/Checklists/Checklist_ENG4345fillable.pdf

Note: Standard Permits (SP) and Letter of Permission (LOP) can be modified with a USACE ENG Form 4345 and supporting documentation. However Nationwide Permits (NWP) and Regional General Permits (RGP) can't be modified. Thus, changes to NWPs and RGPs to permits require a new application with supporting documentation that would still be based off a previous permit.

-FACT SHEET for USACE PERMITTING REQUIREMENTS:

https://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/other_permitting_factors/20201109-Factsheet_Handout-KDS.pdf

The Regulatory Customer Service Survey has moved to the cloud and has a new URL beginning on Mon 5 Apr 2021-
https://regulatory.ops.usace.army.mil/customer-service-survey/



**US Army Corps of Engineers**

**Jacksonville Florida District**

---

**From:** SAJ-RD <saj-rd@usace.army.mil>
**Sent:** Wednesday, February 28, 2024 3:13 PM
**To:** SF.New.Applications <SF.New.Applications@usace.army.mil>
**Subject:** FW: [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)

FYA

Thanks

Yolanda A. Bringhurst

Division Secretary

Regulatory Division

Jacksonville District

(904) 232-1177

**From:** gregbmyers@verizon.net <gregbmyers@verizon.net>
**Sent:** Tuesday, February 27, 2024 2:36 PM
**To:** Hamor, Michelle L CIV USARMY CENAO (USA) <Michelle.L.Hamor@usace.army.mil>; SAJ-RD <saj-rd@usace.army.mil>
**Cc:** gregbmyers@verizon.net
**Subject:** [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)


Dear Michelle L. Hamor:


On February 20, 2024, I asked a number of questions in your presentation to the City of Naples City Council, specifically with respect to the Naples Beach Club development (124.3 acres in the heart of the City of Naples, stretching from the Gulf of Mexico to U.S. 41).


The Naples Beach Club submitted a fraudulent application to FEMA in order to obtain an illegal Letter of Map Revision (LOMR) including, without limitation, failing to obtain proper documentation showing compliance with Section 7(a)(2) of the Endangered Species Act (ESA). The City of Naples swept this corruption under the rug.


Troublingly, the City's Flood Plain Coordinator who signed the FEMA application on September 29, 2020, subsequently resigned after having admitted during an ethics investigation that she had accepted payments from private developers seeking to obtain building permits from the City of Naples. The LOMR application was predicated on **fabricated topo data**. Furthermore, the "proposed project" does not meet the City of Naples floodplain management requirements, including without limitation, building "dry floodproofed" structures west of GSBN in the Coastal High Hazard Area in violation of ASCE 24, FBC, and 44 CFR 59 and 60.


The Naples Beach Club is also currently pumping contaminated groundwater into the Gulf of Mexico in violation of the Clean Water Act (CWA). See email dated September 13, 2023, copy attached:


According to the Earth Systems Report, the "concentrations of Naphthalene and 2-Methynaphthalene also exceeded their respective Chapter 62-777, FAC Natural Attenuation Default Concentrations (NADCs)." *** According to the U.S. Department of Health and Human Services (HHS), "naphthalene is reasonably anticipated to be a human carcinogen," with 1-Methylnaphthalene and 2-Methylnaphthalene being identified as "naphthalene-related compounds." *** Under the EPA 1986 cancer guidelines, "naphthalene was assigned to Group C – possible human carcinogen."


The Naples Beach Club is required to obtain a permit under section 404 of the CWA. As Federal approval is a prerequisite to the development of the Naples Beach Club project, said project is subject to Federal control and responsibility. Because the Naples Beach Club project will have **significant impacts on the quality of the human environment**, the USACE must prepare an Environmental Impact Statement (EIS) and issue a record of decision (ROD). Accordingly, pursuant to the National Environmental Policy Act (**NEPA**), I respectfully demand that the USACE immediately issue a **full stop work order** for the Naples Beach Club project until an EIS can be completed, including providing the residents of the City of Naples with an opportunity for public comment and a full and fair discussion of the significant environmental impacts and the reasonable alternatives which would avoid or minimize adverse impacts or enhance the quality of the human environment.

I appreciate your prompt response to this very serious and time-sensitive matter.

Gregory Myers

700 Gulf Shore Blvd. N.

Naples, Florida 34102

(301) 325-2312

 201006_FDEP ERP Permit #387544-001.pdf
19.1MB

FW: [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)

From: Federici, Luigi G CIV USARMY CESAJ (USA) (luigi.g.federici@usace.army.mil)

To: gregbmyers@verizon.net

Date: Friday, March 1, 2024 at 05:32 PM EST

**From:** Federici, Luigi G CIV USARMY CESAJ (USA)
**Sent:** Friday, March 1, 2024 4:47 PM
**To:** gregbmyers@verizon.net
**Subject:** FW: [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)

**From:** Federici, Luigi G CIV USARMY CESAJ (USA)
**Sent:** Wednesday, February 28, 2024 6:27 PM
**To:** 'gregbmyers@verizon.net' <gregbmyers@verizon.net>; Hamor, Michelle L CIV USARMY CENAO (USA) <Michelle.L.Hamor@usace.army.mil>
**Cc:** SAJ-RD-Enforcement <saj-rd-enforcement@usace.army.mil>; 'SD_ERP_Permit@dep.state.fl.us' <SD_ERP_Permit@dep.state.fl.us>; Rabney, Steven J CIV USARMY CESAJ (USA) <Steven.J.Rabney@usace.army.mil>; Gilbert, Michelle L CIV USARMY CESAJ (USA) <Michelle.L.Gilbert@usace.army.mil>
**Subject:** FW: [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)

Good afternoon,
The below information is provided to you regarding alleged unauthorized work at 851 Gulf Shore Blvd N. Naples, FL, 34102. Mr. Myers sent an email about an ongoing project in Naples FL to the SAJ general email inbox at approx. 1500 on 28 February 2024. It was then forwarded to me as the RPA for the Ft. Myers USACE Permitting Office. Mr. Myers requested via email and a phone conversation that he would like this matter to be immediately brought to the attention of the USACE SAJ Enforcement Team and the FDEP. This because Mr. Myers clearly pointed out that the Naples Golf and Beach Club neglected to obtain a permit from the USACE Jacksonville FL Regulatory Division. As per the FDEP ERP Permit #387544-001 (page 2 & 3) "Your proposed activity as outlined on your application and attached drawings does not qualify for Federal authorization pursuant to the State Programmatic General Permit and a SEPARATE permit or authorization shall be required from the Corps. You must apply separately to the Corps using their APPLICATION FOR DEPARTMENT OF THE ARMY PERMIT, ENG FORM 4345, or alternative as allowed by their regulations". It is of note that the RPA for the Ft. Myers Permitting Office did not find a project on file in USACE database for this project site. Also, the Supplemental Site Assessment Report (for Shelton Jaguar) 800 9th Street North Naples, Florida is available upon request from Mr. Myers. In closing, Mr. Myers has been provided information on how to contact the USACE SAJ Enforcement Team and we thank him for his concern for environmental standards, state regulations and federal guidelines for projects in Waters of the United States (WOTUS).

Mr. Greg Myers EMAIL 1 of 2
October 6, 2020, Environmental Resource Permit (ERP) for Permittee: Naples Golf and Beach Club, Inc. Permit No: 387544-001 (Permit Expiration: October 5, 2025). See bottom of Page 2 of 10 and top of Page 3 of 10 of the FDEP Permit:

Mr. Greg Myers EMAIL 2 of 2 (topo survey)
On Wednesday, February 28, 2024 at 05:10:03 PM EST, gregbmyers@verizon.net <gregbmyers@verizon.net> wrote:

**Information for the Public about USACE SAJ Enforcement Actions:**
**Regulatory Enforcement**
The Corps of Engineers' enforcement program is based on a policy of the regulation of the waters of the United States by discouraging activities that have not been properly authorized and by requiring corrective measures, where appropriate, to ensure those waters are not misused and to maintain the integrity of the program.
If a violation is suspected, steps are taken to inspect the suspected violation in a timely manner. The scheduling of investigations will reflect the nature and location of the suspected violations, the anticipated impacts, and the most effective use of inspection resources available. These investigations should confirm whether a violation exists, and if so, will identify the extent of the violation and the responsible parties.

The Corps may issue orders requiring corrective action including removal of the unauthorized work and restoration, and/or in certain cases accept an after-the-fact permit application, initiate legal action, or recommend referral to the Environmental Protection Agency for administrative, civil or criminal penalties. The EPA has independent enforcement authority under the Clean Water Act for unauthorized discharges. The Corps works closely with the EPA to coordinate the most effective and efficient resolution of Section 404 Clean Water Act violations.  For appropriate cases, the Corps may recommend criminal or civil actions to obtain penalties for violations. Appropriate cases for criminal or civil action include, but are not limited to, violations which, in the Corps' opinion, are willful, repeated, flagrant, or of substantial impact.

**Helpful advice for avoiding enforcement actions:**
• Never initiate any activities in the waters of the United States without a Corps-issued Department of Army permit
• Obtaining a state permit does not obviate the need to obtain a permit from the Corps of Engineers
• Read all permit conditions, both general and specific
• Adhere to all permit conditions
• Contact the Corps for any post-permitting changes or accidental fills
• When in doubt, call the Corps or email the Corps at SAJ-RD-Enforcement@usace.army.mil

A violation of the Clean Water Act involves the discharge of pollutants into navigable waters from a point source by any person without authorization or exemption. Individuals or organizations reporting a suspected Clean Water Act violation can assist the Corps investigation by providing information on the "alleged violation reporting form .
The Corps may issue orders requiring corrective action including
  • Removal of the unauthorized work and restoration, and/or in certain cases accept an after-the-fact permit application Initiate legal action
  • Recommend referral to the EPA for administrative, civil or criminal penalties.
  • The EPA has independent enforcement authority under the Clean Water Act for unauthorized discharges. The Corps works closely with the EPA to coordinate the most effective and efficient resolution of Section 404 Clean Water Act violations.

Link for the public to report a violation.  https://www.saj.usace.army.mil/Missions/Regulatory/Enforcement/ or call 904-232-1177.

Best Regards,
Luigi (Lou) Federici.
Regulatory Program Assistant
USACE Jacksonville District
701 San Marco Blvd
Jacksonville, FL 32207-8175
☎ (904) 860-7400 (Cellular is Primary Phone)
☎ (904) 570-4510 (Non-Telework)
✉ Luigi.G.Federici@usace.army.mil

**From:** SAJ-RD <saj-rd@usace.army.mil>
**Sent:** Wednesday, February 28, 2024 3:13 PM
**To:** SF.New.Applications <SF.New.Applications@usace.army.mil>
**Subject:** FW: [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)

FYA

Thanks

Yolanda A. Bringhurst
Division Secretary
Regulatory Division
Jacksonville District
(904) 232-1177


**From:** gregbmyers@verizon.net <gregbmyers@verizon.net>
**Sent:** Tuesday, February 27, 2024 2:36 PM
**To:** Hamor, Michelle L CIV USARMY CENAO (USA) <Michelle.L.Hamor@usace.army.mil>; SAJ-RD <saj-rd@usace.army.mil>
**Cc:** gregbmyers@verizon.net
**Subject:** [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)

Dear Michelle L. Hamor:

On February 20, 2024, I asked a number of questions in your presentation to the City of Naples City Council, specifically with respect to the Naples Beach Club development (124.3 acres in the heart of the City of Naples; stretching from the Gulf of Mexico to U.S. 41).

The Naples Beach Club submitted a fraudulent application to FEMA in order to obtain an illegal Letter of Map Revision (LOMR) including, without limitation, failing to obtain proper documentation showing compliance with Section 7(a)(2) of the Endangered Species Act (ESA). The City of Naples swept this corruption under the rug.

Troublingly, the City's Flood Plain Coordinator who signed the FEMA application on September 29, 2020, subsequently resigned after having admitted during an ethics investigation that she had accepted payments from private developers seeking to obtain building permits from the City of Naples. The LOMR application was predicated on **fabricated topo data**. Furthermore, the "proposed project" does not meet the City of Naples floodplain management requirements, including without limitation, building "dry floodproofed" structures west of GSBN in the Coastal High Hazard Area in violation of ASCE 24, FBC, and 44 CFR 59 and 60.

The Naples Beach Club is also currently pumping contaminated groundwater into the Gulf of Mexico in violation of the Clean Water Act (CWA). See email dated September 13, 2023, copy attached:

> According to the Earth Systems Report, the "concentrations of Naphthalene and 2-Methynaphthalene also exceeded their respective Chapter 62-777, FAC Natural Attenuation Default Concentrations (NADCs)." *** According to the U.S. Department of Health and Human Services (HHS), "naphthalene is reasonably anticipated to be a human carcinogen," with 1-Methylnaphthalene and 2-Methynaphthalene being identified as "naphthalene-related

compounds." *** Under the EPA 1986 cancer guidelines, "naphthalene was assigned to Group C – possible human carcinogen."

The Naples Beach Club is required to obtain a permit under section 404 of the CWA. As Federal approval is a prerequisite to the development of the Naples Beach Club project, said project is subject to Federal control and responsibility. Because the Naples Beach Club project will have **significant impacts on the quality of the human environment**, the USACE must prepare an Environmental Impact Statement (EIS) and issue a record of decision (ROD). Accordingly, pursuant to the National Environmental Policy Act (**NEPA**), I respectfully demand that the USACE immediately issue a **full stop work order** for the Naples Beach Club project until an EIS can be completed, including providing the residents of the City of Naples with an opportunity for public comment and a full and fair discussion of the significant environmental impacts and the reasonable alternatives which would avoid or minimize adverse impacts or enhance the quality of the human environment.

I appreciate your prompt response to this very serious and time-sensitive matter.

Gregory Myers
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312


smime.p7s
6.4kB

20230913_EMAIL to CC_Contaminated Groundwater.pdf
194.1kB

200914_26-049-851GulfShoreBlvd-LOMR-09-14-20-Report_Signed Carrera.pdf
2.7MB

201006_FDEP ERP Permit #387544-001.pdf
19.1MB

Jurisdiction Diagrams.pdf
266.9kB

RE: [Non-DoD Source] Re: Big Cypress NPS Fire Station

From:  SF.New.Applications (sf.new.applications@usace.army.mil)

To:    gregbmyers@verizon.net

Date:  Monday, March 4, 2024 at 05:32 PM EST

Good afternoon,
Hopefully, you received the last email that I send regarding your report of a violation in regard to the Naples Golf & Country Club.
Also, enclosed is a sample of the form and type of attachments that you would send to the USACE SAJ Enforcement Team via

**Regulatory Enforcement**
The Corps of Engineers' enforcement program is based on a policy of the regulation of the waters of the United States by discouraging activities that have not been properly authorized and by requiring corrective measures, where appropriate, to ensure those waters are not misused and to maintain the integrity of the program.
If a violation is suspected, steps are taken to inspect the suspected violation in a timely manner. The scheduling of investigations will reflect the nature and location of the suspected violations, the anticipated impacts, and the most effective use of inspection resources available. These investigations should confirm whether a violation exists, and if so, will identify the extent of the violation and the responsible parties.
The Corps may issue orders requiring corrective action including removal of the unauthorized work and restoration, and/or in certain cases accept an after-the-fact permit application, initiate legal action, or recommend referral to the Environmental Protection Agency for administrative, civil or criminal penalties. The EPA has independent enforcement authority under the Clean Water Act for unauthorized discharges. The Corps works closely with the EPA to coordinate the most effective and efficient resolution of Section 404 Clean Water Act violations.
For appropriate cases, the Corps may recommend criminal or civil actions to obtain penalties for violations. Appropriate cases for criminal or civil action include, but are not limited to, violations which, in the Corps' opinion, are willful, repeated, flagrant, or of substantial impact.

**Helpful advice for avoiding enforcement actions:**
• Never initiate any activities in the waters of the United States without a Corps-issued Department of Army permit
• Obtaining a state permit does not obviate the need to obtain a permit from the Corps of Engineers
• Read all permit conditions, both general and specific
• Adhere to all permit conditions
• Contact the Corps for any post-permitting changes or accidental fills
• When in doubt, call the Corps or email the Corps at SAJ-RD-Enforcement@usace.army.mil

**Reporting a Potential Unauthorized Activity**
The Corps relies heavily on the public to report unauthorized activities. If you suspect an unauthorized activity has occurred or is underway, you may report your observations by completing the Violation Reporting Form by selecting "Report a Violation" located under Regulatory Pages. All reports will be sent to the appropriate office for review.

**From:** gregbmyers@verizon.net <gregbmyers@verizon.net>
**Sent:** Wednesday, February 28, 2024 5:10 PM
**To:** Federici, Luigi G CIV USARMY CESAJ (USA) <Luigi.G.Federici@usace.army.mil>
**Cc:** gregbmyers@verizon.net
**Subject:** [Non-DoD Source] Re: Big Cypress NPS Fire Station

EMAIL 1 of 2

October 6, 2020, Environmental Resource Permit (ERP) for Permittee: Naples Golf and Beach Club, Inc.

Permit No: 387544-001 (Permit Expiration: October 5, 2025)

See bottom of Page 2 of 10 and top of Page 3 of 10:

Federal Authorization

Your proposed activity as outlined on your application and attached drawings does not qualify for Federal authorization pursuant to the State Programmatic General Permit and a SEPARATE permit or authorization shall be required from the Corps. You must apply separately to the Corps using their *APPLICATION FOR DEPARTMENT OF THE ARMY PERMIT*, ENG FORM 4345, or alternative as allowed by their regulations. More information on Corps permitting may be found online in the Jacksonville District Regulatory Division Source Book at:

https://www.saj.usace.arm\.mil/Missions/Regulaton/Source-Book/.

Authority for review - an agreement with the USACOE entitled "Coordination Agreement Between the U. S. Army Corps of Engineers (Jacksonville District) and the Florida Department of Environmental Protection, or Duly Authorized Designee, State Programmatic General Permit", Section IO of the Rivers and Harbor Act of 1899, and Section 404 of the Clean Water Act.

I have also attached a copy of the fraudulent Letter of Map Revision (LOMR) application as submitted to FEMA, together with a signed topo survey evidencing the LOMR Application is fraudulent.

Thx.

On Wednesday, February 28, 2024 at 04:20:37 PM EST, Federici, Luigi G CIV USARMY CESAJ (USA) <luigi.g.federici@usace.army.mil> wrote:

Good afternoon,

Applying to the U. S. Army Corps of Engineers (USACE) for a permit will require you to fill out and submit a USACE ENG Form 4345 (or other required form). One of the **three** versions that are provided as attachments are acceptable due to Adobe Acrobat version compatibility issues. You will then email the application and other supporting data to the appropriate email address for the USACE office for your area (SF.New.Applications@usace.army.mil). I have provided the USACE ENG Form 4345 and other helpful documents to assist you in applying for a permit from the USACE.

This will start a process in which permit applications received by the Corps of Engineers are given identification numbers and reviewed for completeness. A request for additional information may be requested, if necessary, from your assigned Project Manager (PM). For standard individual permit reviews, a public notice initiating a 15- or 30-day public comment period will be issued within 15 days of receiving all the required information. After the comment period, the Corps will review all the comments. The Corps may ask for additional information at this time and a public hearing may be conducted if one has been specifically requested or determined to be necessary. For all projects, the Corps will consult with other state and federal agencies and Native American tribes as appropriate. When all considerations are satisfied, the District Engineer will decide to either issue or deny the permit application. If a permit is denied, the applicant will receive a written explanation.

The Corps' goal is to decide on all applications within 60 days after receipt of a complete application for minor permits and 120 days for individual permits, unless: a decision is precluded as a matter of law or procedures required by law. If that occurs, then the case must be referred to higher authority; the comment period of a public notice is extended; a timely submittal of information or comments is not received from the applicant. Also, the processing is suspended at the request of the applicant; or information needed by the district engineer for a decision on the application cannot reasonably be obtained within the 60- or 120-day period.

Upon receipt of your permit application, you will be sent an email acknowledgement of receipt and a Corps reference number specific to your file. You should refer to this number when inquiring about your application. If your application is incomplete, the Corps will request the additional information needed to continue its review. The project will be reviewed, balancing the need and

expected benefits against the probable impacts of the work, taking into consideration all comments received and other relevant factors, In the meantime, you may want to see what county or state restrictions, or land use limitations are in place regarding this type of work.

We request that you provide at least two aerial views (project site or plot view and one at a higher elevation) of the project area. The photos are used to match against the USACE data base of maps to verify the location and if another project was sanctioned by the USACE in that location before. I recommend going to Google Earth and going right to your property by typing in your address. Also, you can get aerial views and location coordinates from your county's property website or county tax assessor's website if you have trouble with the Google Earth app (which you shouldn't).

Regarding latitude and longitude, it is best to use the decimal conversion of the project location (your form had no coordinates). To obtain these coordinates, go to Google Earth where you will get the coordinates in deg./min./sec. of the project site that will show up in the lower right side of your screen. Make sure that the compass arrow (red side not white side) stops at the North direction. The compass that I am referring to is in the lower right side of the screen too. You do this by double clicking the rotating compass dial to get it to point North. Since these values will show up in a degrees/minutes/seconds format and convert it to decimal use this website. https://www.fcc.gov/media/radio/dms-decimal. These coordinates should be the centroid location of the total project site or work area.

The reason for ensuring that the correct coordinates and address are on the USACE application is to properly verify the project's location. Please be aware that using the USACE application checklist is very beneficial for the processing of your application as well. Not to mention providing us with any other pertinent data or documents related to the project i.e. FL Dept. of Environment or other county or local forms. Any attachments for applications should be clearly labeled as to their contents instead of into one large PDF document. Applicable links to websites that will be useful for you in completing your application are provided below my contact information. Once that is done just provide all the documents to the Ft. Myers Email Inbox not my personal work email (see below). Any cost required for the processing of your permit will be requested by your Project Manager when that person is assigned to your project. In closing, I hope that this email addresses your inquiry and makes you a better an informed applicant or agent requesting assistance from the USACE.

| FDEP Office | County | Email |
|---|---|---|
| Northeast District | Alachua, Baker, Bradford, Clay, Columbia, Dixie, Duval, Flagler, Gilchrist, Hamilton, Lafayette, Levy, Madison, Nassau, Putnam, St. Johns, Suwannee, Taylor, Union | DEP_NED@dep.state.fl.us |
| Central District | Brevard, Lake, Marion, Orange, Osceola, Seminole, Sumter, Volusia | DEP_CD@dep.state.fl.us |
| Northwest District | Bay, Calhoun, Escambia, Franklin, Gadsden, Gulf, Holmes, Jackson, Jefferson, Leon, Liberty, Okaloosa, Santa Rosa, Wakulla, Walton, Washington | NWD_ERP_Applications@dep.state.fl.us |
| South District | Charlotte, Collier, Desoto, Glades, Hendry, Highlands, Lee, Monroe, Sarasota | SD_ERP_Permit@dep.state.fl.us |
| Southeast District | Broward, Indian River, Martin, Miami-Dade, Okeechobee, Palm Beach, St. Lucie | SED_Permitting@dep.state.fl.us |
| Southwest District | Citrus, Hardee, Hernando, Hillsborough, Manatee, Pasco, Pinellas, Polk | SW_ERP@dep.state.fl.us |

Sample Attachment Titles for an Application to the USACE:

Attachment A – Signed ENG Form 4345

Attachment B – Historical Aerials

Attachment C – Project Plans

Attachment D – Drainage Calculations Report

Attachment E – Site Photographs

Attachment F – Wetland Impact Map

Attachment G – PDC Forms

Attachment H – FL Dept. of Env. Protection Agency Permit

Best Regards,

Luigi (Lou) Federici.

Regulatory Program Assistant

USACE Jacksonville District

701 San Marco Blvd

Jacksonville, FL 32207-8175

📠 (904) 860-7400 (Cellular is Primary Phone)

☎ (904) 570-4510 (Non-Telework)

Email: Luigi.G.Federici@usace.army.mil

**Regulatory Program and Permits** / Frequently Asked Questions: https://www.usace.army.mil/Missions/Civil-Works/Regulatory-Program-and-Permits/Frequently-Asked-Questions/

* PLEASE NOTE: The U.S. Army Corps of Engineers no longer receives permit applications or related information from the Florida DEP or the Water Management Districts. Paths to USACE websites of interest:

NOTE: If the project is located in navigable waters (tidal waters and some other non-tidal waterways), there is no exemption available. A permit is always required in navigable waters (or what we call Section 10 waters) for any work (structures, dredging, utility lines under or above, etc.) in, on, under, or over these waters. Also, the USACE has no jurisdiction over sovereign submerged lands issues, that is specifically a State issue (FLDEP). However, if you are placing or removing structures or renovating the marina, then you will need a permit from the USACE.

Path to the USACE Permit Portal Site: https://permits.ops.usace.army.mil/orm-public. The "Final IPs" and "Pending IPs" menu items at the top of the map therein will only access Standard Permits and Letters of Permission. Most often permits that applicants or agents will want to access are "RGPs" (Regional General Permits or Nationwide Permits). The other menu items are for permits issued under limited circumstances. They will display information on RGPs but only those RGPs reviewed under Emergency Procedures, under WRDA agreements (e.g, in Florida, those are with FDOT and FP&L), and those related to the Deepwater Horizon project.

The U.S. Fish and Wildlife Service is the principal federal agency tasked with providing information to the public on the extent and status of the nation's wetland and deepwater habitats, as well as changes to these habitats over time. National Wetlands Inventory | U.S. Fish & Wildlife Service (fws.gov)

Bi-Partisan Infrastructure Law (BIL) Team Project Assignments - Used for overflow work from other USACE SAJ offices. CESAS-RDR@usace.army.mil the RPA includes this in the in email's subject line: District (SAJ)-Office (Tampa, Ft. Myers, etc.)-Permit Type (SAJ 20, etc.).

Finding an ERP Permit on the DEP Internet Site: https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/finding-erp-permit-dep-internet

**Freedom of Information Act (FOIA) Page via** https://www.usace.army.mil/FOIA.aspx

To assist you with your request, we have provided information on the procedures, rules and regulations pertinent to the Corps of Engineers' processing of Freedom of Information Act (FOIA) requests. Also provided are links to various sites, which you may find helpful in understanding and interpreting the Act. For additional assistance in submitting a request, see the Army Citizens Guide or the Department of Defense's FOIA Handbook. The Guide and the Handbook provide advice on the rules of the FOIA and how to submit a FOIA request to Army and Defense Department Agencies.

Applicants are now able to pay Department of the Army permit fees online at pay.gov instead of writing and mailing a check. This convenient option allows for multiple payment methods (bank account, Amazon account, PayPal, debit or credit card). The direct link is here: https://www.pay.gov/public/form/start/996412796. Attached is a pay.gov payment walk-through provided by HQ.

Anything over 1,000 square feet, including waterway structures, such as boatlift canopies, (Labelle area) would stay with Ft. Myers; anything less goes to the Clewiston USACE Permitting Office.

Downloads for files over 12MB, the RPA goes into DoD Safe and "Request a Drop-off". The applicant/agent will enter the e-mail address themselves for the desired USACE Permitting Office when they upload the files.

The applicant can access this link via DoD Safe: https://safe.apps.mil/

Link for the public to report a violation. https://www.saj.usace.army.mil/Missions/Regulatory/Enforcement/

State Programmatic General Permit (SPGP) information can be found via this link: https://www.saj.usace.army.mil/SPGP/

***NOTICE: Pursuant to Section 404(g) of the Clean Water Act (CWA), 33 U.S.C. § 1344(g), the FDEP assumed administration of a portion of the CWA Section 404 program, referred to as Assumption. The Corps acknowledges Assumption was implemented by January 15, 2021. Thus, the Corps will transfer to the FDEP any pending Section 404 permit applications proposing discharges in State 'assumed' waters form that date on.

- EXTERNAL Automated Wetland Determination Data Sheets (ADS): https://www.usace.army.mil/Missions/Civil-Works/Regulatory-Program-and-Permits/reg_supp/

- U.S. Army Corps of Engineers, Jacksonville District, State of Florida Assumption of Section U.S.ARMY 404 Permitting Responsibilities SB: https://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/other_permitting_factors/20201109-Factsheet_Handout-KDS.pdf

-For more information on the status of the Corps' transition, please visit the Corps' website under "Regulatory News" at: https://www.saj.usace.army.mil/Missions/Regulatory/

-For more information on the status of EPA's decision, please visit EPA's website at: https://www.epa.gov/cwa404g

-For more information on FDEP's request for Assumption, please visit FDEP's website at: https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/404-assumption

- ERP and State 404 Program Rules & General ERP Rules for Dredging Operations in Florida:

https://floridadep.gov/water/submerged-lands-environmental-resources-coordination/content/erp-dredging-and-filling

- DEP Facility/Site Details and Associated Documents: https://prodenv.dep.state.fl.us/

- Operation Blue Roof program: https://www.usace.army.mil/Missions/Emergency-Operations/Blue-Roof-Information/

* You may electronically submit information for new permit applications to the following:

Florida Power & Light Inbox: corpsjaxreg-fpl@usace.army.mil

Jacksonville District Permits Section: corpsjaxreg-nj@usace.army.mil

Pensacola Permits Section: corpsjaxreg-nl@usace.army.mil

Panama City Permits Section: corpsjaxreg-np@usace.army.mil

Gainesville Regulatory Office: TampaReg@usace.army.mil

Ft. Myers Permits Section: SF.New.Applications@usace.army.mil

Clewiston USACE Field Office: Robert.R.Hill@usace.army.mil

Tampa Bay Permits Section: TampaReg@usace.army.mil

Cocoa Beach Permits Section: CORPSJAXREG-NC@usace.army.mil

Palm Beach Gardens Section: Application-sp@usace.army.mil

Florida Keys Section: SEAPPLS@usace.army.mil

Antilles-Miami Section: cesaj-rd-sa@usace.army.mil

Special Projects Branch BIL Team: CESAS-RDR CESAS-RDR@usace.army.mil

RD Enforcement Team correspondence or requests to saj-rd-enforcement@usace.army.mil

* Download the ENG 4345 application form here:
https://www.publications.usace.army.mil/Portals/76/Publications/EngineerForms/Eng_Form_4345_2019Feb.pdf?ver=2019-03-08-083618-337

* Download the application checklist here:
http://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/permitting/forms/Checklists/Checklist_ENG4345fillable.pdf

Note: Standard Permits (SP) and Letter of Permission (LOP) can be modified with a USACE ENG Form 4345 and supporting documentation. However Nationwide Permits (NWP) and Regional General Permits (RGP) can't be modified. Thus, changes to NWPs and RGPs to permits require a new application with supporting documentation that would still be based off a previous permit.

-FACT SHEET for USACE PERMITTING REQUIREMENTS:

https://www.saj.usace.army.mil/Portals/44/docs/regulatory/sourcebook/other_permitting_factors/20201109-Factsheet_Handout-KDS.pdf

The Regulatory Customer Service Survey has moved to the cloud and has a new URL beginning on Mon 5 Apr 2021- https://regulatory.ops.usace.army.mil/customer-service-survey/





**US Army Corps of Engineers**

**Jacksonville Florida District**

**From:** SAJ-RD <saj-rd@usace.army.mil>
**Sent:** Wednesday, February 28, 2024 3:13 PM
**To:** SF.New.Applications <SF.New.Applications@usace.army.mil>
**Subject:** FW: [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)

FYA

Thanks

Yolanda A. Bringhurst

Division Secretary

Regulatory Division

Jacksonville District

(904) 232-1177

**From:** gregbmyers@verizon.net <gregbmyers@verizon.net>
**Sent:** Tuesday, February 27, 2024 2:36 PM
**To:** Hamor, Michelle L CIV USARMY CENAO (USA) <Michelle.L.Hamor@usace.army.mil>; SAJ-RD <saj-rd@usace.army.mil>

Cc: gregbmyers@verizon.net
Subject: [Non-DoD Source] Violation of National Environmental Policy Act (NEPA)

Dear Michelle L. Hamor:

On February 20, 2024, I asked a number of questions in your presentation to the City of Naples City Council, specifically with respect to the Naples Beach Club development (124.3 acres in the heart of the City of Naples, stretching from the Gulf of Mexico to U.S. 41).

The Naples Beach Club submitted a fraudulent application to FEMA in order to obtain an illegal Letter of Map Revision (LOMR) including, without limitation, failing to obtain proper documentation showing compliance with Section 7(a)(2) of the Endangered Species Act (ESA). The City of Naples swept this corruption under the rug.

Troublingly, the City's Flood Plain Coordinator who signed the FEMA application on September 29, 2020, subsequently resigned after having admitted during an ethics investigation that she had accepted payments from private developers seeking to obtain building permits from the City of Naples. The LOMR application was predicated on **fabricated topo data**. Furthermore, the "proposed project" does not meet the City of Naples floodplain management requirements, including without limitation, building "dry floodproofed" structures west of GSBN in the Coastal High Hazard Area in violation of ASCE 24, FBC, and 44 CFR 59 and 60.

The Naples Beach Club is also currently pumping contaminated groundwater into the Gulf of Mexico in violation of the Clean Water Act (CWA). See email dated September 13, 2023, copy attached:

According to the Earth Systems Report, the "concentrations of Naphthalene and 2-Methylnaphthalene also exceeded their respective Chapter 62-777, FAC Natural Attenuation Default Concentrations (NADCs)." *** According to the U.S. Department of Health and Human Services (HHS), "naphthalene is reasonably anticipated to be a human carcinogen," with 1-Methylnaphthalene and 2-Methylnaphthalene being identified as "naphthalene-related compounds." *** Under the EPA 1986 cancer guidelines, "naphthalene was assigned to Group C – possible human carcinogen."

The Naples Beach Club is required to obtain a permit under section 404 of the CWA. As Federal approval is a prerequisite to the development of the Naples Beach Club project, said project is subject to Federal control and responsibility. Because the Naples Beach Club project will have **significant impacts on the quality of the human environment**, the USACE must prepare an Environmental Impact Statement (EIS) and issue a record of decision (ROD). Accordingly, pursuant to the National Environmental Policy Act (**NEPA**), I respectfully demand that the USACE immediately issue a **full stop work order** for the Naples Beach Club project until an EIS can be completed, including providing the residents of the City of Naples with an opportunity for public comment and a full and fair discussion of the significant environmental impacts and the reasonable alternatives which would avoid or minimize adverse impacts or enhance the quality of the human environment.

I appreciate your prompt response to this very serious and time-sensitive matter.

Gregory Myers

700 Gulf Shore Blvd. N.

Naples, Florida 34102

(301) 325-2312

 Sample of Dock Violation_USACE Form 1-.pdf
1.8MB

 Sample Permit Exhibits.pdf
1.7MB

REPORT OF SECTION 404 CLEAN WATER ACT VIOLATION AND UNAUTHOIZED WORK AT:
851 Gulf Shore Blvd N. Naples, FL, 34102

From:  gregbmyers@verizon.net (gregbmyers@verizon.net)

To:    saj-rd-enforcement@usace.army.mil; luigi.g.federici@usace.army.mil

Cc:    gregbmyers@verizon.net

Date:  Monday, March 4, 2024 at 09:15 PM EST

March 4, 2024

VIA EMAIL: SAJ-RD-Enforcement@usace.army.mil
Regulatory Division
Jacksonville District
U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL 32207-8175

The attached emails are being provided to you regarding unauthorized work at 851
Gulf Shore Blvd N. Naples, FL, 34102 in connection with the 124 acre Naples Golf &
Beach Club redevelopment project on the Gulf of Mexico (the "Project"). The Project
has never obtained the required Section 404 permit under the Clean Water Act (CWA)
from the USACE Jacksonville FL Regulatory Division.

The FDEP Environmental Resource Permit, Permit No.: 387544-001, issued for the
"Naples Beach Hotel and Golf Course" on October 6, 2020 (the "ERP"), specifically
states:

Federal Authorization

Your proposed activity as outlined on your application and attached drawings
does not qualify for Federal authorization pursuant to the State Programmatic
General Permit and **a SEPARATE permit or authorization shall be required
from the Corps.** You must apply separately to the Corps using their
APPLICATION FOR DEPARTMENT OF THE ARMY PERMIT, ENG FORM 4345,
or alternative as allowed by their regulations.

Other Authorizations

You are advised that authorizations or permits for this activity may be required by
other federal, state, regional, or local entities including but not limited to local
governments or municipalities. **This permit does not relieve you from the
requirements to obtain all other required permits or authorizations.**

Of particular concern is the September 6, 2023, response from the City of Naples Building Official, Steve Beckman (in red), responding to my statement ["the U.S. Army Corps. Of Engineers (USACE) **has no record** of any application for the 'Naples Beach Hotel and Golf Course'"] and referencing a conversation that he had with "Russel Rouan, Unpermitted enforcement officer with Army Corp. Fort Myers Office" as follows:

> First, the U.S. Army Corps. Of Engineers (USACE) **has no record** of any application for the "Naples Beach Hotel and Golf Course" development. Unless submerged land (none), Wetlands (none), filling of land seaward of mean high tide line (none), Army Corp permit would not be required. Language on DEP permit states they needed to apply, and if not needed, Army Corp would send them a letter stating such. If a letter was sent saying no permit needed, no record would be available. I will have this letter later today forwarded to me from Athens Group.

> In the meantime, I spoke to Russel Rouan, Unpermitted enforcement officer with Army Corp. Fort Myers Office, and was told "Almost definitely not needed (permit)" but if I wanted to have definitive answer, I could write the section chief. If I do not receive this letter from the Athens Group as Mike Stratton said he would forward to me, I will write the section chief.

I question the veracity of the highlighted statement.

Thank you for your prompt attention to this very serious matter.

/s/ Gregory B. Myers
Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312


20230904_MYERS Email to Mayor and City Council.pdf
4MB

20230906_EMAIL Beckman to Boodheshwar_Additional Findings.pdf
231.3kB

20230906_City of Naples Building Official_FINDINGS for NBC Development.docx
481.8kB

20230913_EMAIL to CC_Pumping Contaminated Groundwater.pdf
164.8kB

20230917_EMAIL to CC_Follow-up on Groundwater.pdf
211.6kB

20230925_EMAIL to CC_Follow-up Groundwater.pdf
170.5kB

 20230929_EMAIL 1_To Hardman Boodheshwar and Beckman_NBC Hotel CCSL Permits.pdf
97.1kB

 20231006_City of Naples 9-29-23 questions response.pdf
552.5kB

RE: [Non-DoD Source] REPORT OF SECTION 404 CLEAN WATER ACT VIOLATION AND
UNAUTHOIZED WORK AT: 851 Gulf Shore Blvd N. Naples, FL, 34102

From:   SAJ-RD-Enforcement (saj-rd-enforcement@usace.army.mil)

To:     russell.w.rouan@usace.army.mil

Cc:     gregbmyers@verizon.net

Date:   Tuesday, March 5, 2024 at 05:11 PM EST

Good afternoon Russ and Mr. Myers,

I spoke with Mr. Myers this afternoon regarding concerns over development at 851 Gulf Shore Blvd. Off initial review
and conversations with leadership, it seems that concerns regarding pollutant discharges from outfall pipes would
not full under our jurisdiction under section 404, rather section 401/402. We also had discussions regarding 404
jurisdiction where I explained our post-assumption '300ft' rule. **Please note Mr. Myers the following:**

On Thursday, February 15th, the U.S. District Court for the District of Columbia issued a decision vacating the U.S.
Environmental Protection Agency's approval of Florida's application to assume Clean Water Act Section 404
permitting responsibilities in certain waters in Florida. In light of this decision, the U.S. Army Corps of Engineers
(USACE) is currently the only entity in the State of Florida with authority to issue permits under Section 404 of the
Clean Water Act.  The USACE recognizes that either the District Court or an Appellate Court may issue a full or partial
stay of the February 15th order at some point.  In the interim, applicants may submit applications to the USACE for
activities involving the discharge of dredged or fill material into formerly state-assumed waters.  The USACE will
begin processing any applications it receives, however applicants and stakeholders should recognize the uncertainty
surrounding the current litigation.

That being said, please refer any additional questions you may have regarding this site to Mr. Rouan.

Thank you,
David

**From:** SAJ-RD-Enforcement <saj-rd-enforcement@usace.army.mil>
**Sent:** Tuesday, March 5, 2024 9:10 AM
**To:** Rouan, Russell W CIV USARMY CESAJ (USA) <Russell.W.Rouan@usace.army.mil>
**Subject:** FW: [Non-DoD Source] REPORT OF SECTION 404 CLEAN WATER ACT VIOLATION AND UNAUTHOIZED WORK
AT: 851 Gulf Shore Blvd N. Naples, FL, 34102

**From:** gregbmyers@verizon.net <gregbmyers@verizon.net>
**Sent:** Monday, March 4, 2024 9:16 PM
**To:** SAJ-RD-Enforcement <saj-rd-enforcement@usace.army.mil>; Federici, Luigi G CIV USARMY CESAJ (USA)
<Luigi.G.Federici@usace.army.mil>
**Cc:** gregbmyers@verizon.net
**Subject:** [Non-DoD Source] REPORT OF SECTION 404 CLEAN WATER ACT VIOLATION AND UNAUTHOIZED WORK AT:
851 Gulf Shore Blvd N. Naples, FL, 34102

March 4, 2024

**VIA EMAIL:** SAJ-RD-Enforcement@usace.army.mil
Regulatory Division
Jacksonville District
U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL 32207-8175

The attached emails are being provided to you regarding unauthorized work at 851 Gulf Shore Blvd N. Naples, FL, 34102 in connection with the 124 acre Naples Golf & Beach Club redevelopment project on the Gulf of Mexico (the "Project"). The Project has never obtained the required Section 404 permit under the Clean Water Act (CWA) from the USACE Jacksonville FL Regulatory Division.

The FDEP Environmental Resource Permit, Permit No.: 387544-001, issued for the "Naples Beach Hotel and Golf Course" on October 6, 2020 (the "ERP"), specifically states:

> **Federal Authorization**
>
> Your proposed activity as outlined on your application and attached drawings does not qualify for Federal authorization pursuant to the State Programmatic General Permit and **a SEPARATE permit or authorization shall be required from the Corps.** You must apply separately to the Corps using their *APPLICATION FOR DEPARTMENT OF THE ARMY PERMIT,* ENG FORM 4345, or alternative as allowed by their regulations.
>
> **Other Authorizations**
>
> You are advised that authorizations or permits for this activity may be required by other federal, state, regional, or local entities including but not limited to local governments or municipalities. **This permit does not relieve you from the requirements to obtain all other required permits or authorizations**.

Of particular concern is the September 6, 2023, response from the City of Naples Building Official, Steve Beckman (in red), responding to my statement ["the U.S. Army Corps. Of Engineers (USACE) **has no record** of any

application for the 'Naples Beach Hotel and Golf Course'"] and referencing a conversation that he had with "Russel Rouan, Unpermitted enforcement officer with Army Corp. Fort Myers Office" as follows:

> First, the U.S. Army Corps. Of Engineers (USACE) **has no record** of any application for the "Naples Beach Hotel and Golf Course" development. Unless submerged land (none), Wetlands (none), filling of land seaward of mean high tide line (none), Army Corp permit would not be required. Language on DEP permit states they needed to apply, and if not needed, Army Corp would send them a letter stating such. If a letter was sent saying no permit needed, no record would be available. I will have this letter later today forwarded to me from Athens Group.

> In the meantime, I spoke to Russel Rouan, Unpermitted enforcement officer with Army Corp. Fort Myers Office, and was told "Almost definitely not needed (permit)" but if I wanted to have definitive answer, I could write the section chief. If I do not receive this letter from the Athens Group as Mike Stratton said he would forward to me, I will write the section chief.

I question the veracity of the highlighted statement.

Thank you for your prompt attention to this very serious matter.


/s/ Gregory B. Myers
Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312